| | |
|---|---|
| 1 | SARAH WILLIAMS |
| | Trial Attorney |
| 2 | Consumer Protection Branch |
| | U.S. Department of Justice, Civil Division |
| 3 | PO Box 386 |
| | Washington, DC  20044-0386 |
| 4 | Telephone: 202-616-4269 |
| | Fax: 202-514-8742 |
| 5 | sarah.williams@usdoj.gov |
| 6 | *Counsel for Defendants* |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL and ACTION ON SMOKING AND HEALTH, | Case No. 4:20-cv-4012-KAW |
| Plaintiffs, | |
| v. | NOTICE OF APPEARANCE |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICE, ALEX M. AZAR II, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; STEPHEN HAHN, in his official capacity as Commissioner of the U.S. Food and Drug Administration; CENTER FOR TOBACCO PRODUCTS; MITCH ZELLER in his official capacity as the Center for Tobacco Products, Director. | |
| Defendants. | |

Please take notice that Sarah Williams will represent the Federal Defendants in the above-entitled proceeding. Ms. Williams is an inactive member of the State of California Bar, No. 255280, and

NOTICE OF APPEARANCE
Case No. 4:20-cv-4012-KAW

1

1  an active member of the District of Columbia Bar, No. 1006622, in good standing. She is appearing
2  pursuant to Local Rule 11-2 (Counsel for the United States).

                                                Respectfully submitted,

Dated:  August 12, 2020

ETHAN P. DAVIS
Acting Assistant Attorney General

DANIEL FEITH
Deputy Assistant Attorney General

GUSTAV W. EYLER
Acting Director

HILARY K. PERKINS
Assistant Director
Consumer Protection Branch

   /s/ Sarah Williams
SARAH WILLIAMS
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice, Civil Division
P.O. Box 386
Washington, D.C. 20044-0386
Telephone:  202-616-4269
Fax: 202-514-8742
sarah.williams@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on August 12, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Christopher K. Leung: chris@pollockcohen.com

There are no manual recipients. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 12, 2020        /s/ Sarah Williams
                                       SARAH WILLIAMS