SARAH WILLIAMS
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice, Civil Division
PO Box 386
Washington, DC  20044-0386
Telephone: 202-616-4269
Fax: 202-514-8742
sarah.williams@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL and ACTION ON SMOKING AND HEALTH,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICE, ALEX M. AZAR II, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; STEPHEN HAHN, in his official capacity as Commissioner of the U.S. Food and Drug Administration; CENTER FOR TOBACCO PRODUCTS; MITCH ZELLER in his official capacity as the Center for Tobacco Products, Director.<br><br>Defendants. | Case No. 4:20-cv-4012-KAW<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

The parties have agreed upon and respectfully inform the Court of a one-week extension in the due date for the Defendants to file a response to the complaint and a one-week extension for the Plaintiffs to respond to any motion to dismiss. Fed. R. Civ. 6(b)(1)(A) (authorizing extensions of time);

Civil L.R. 6-1(a) (permitting stipulations without court order). There have been no previous time extensions in this case. Defendants' filing is currently due Friday, August 28, 2020. An extension of time by one week, up to and including September 4, 2020, will provide for the government's internal review process, accommodate previously scheduled leave, and allow Defendants' counsel adequate time to consult and coordinate with necessary agency personnel. The parties have also agreed that the Plaintiffs should have up to and including September 25, 2020, to respond to any motion to dismiss. These extensions will not affect any deadlines in the Court's Case Management Order.

Respectfully submitted,

Dated:  August 12, 2020

s/ Christopher K. Leung
Pollock Cohen LLP
60 Broad Street, 24th Floor
New York, NY 10004
Telephone: (212) 337-5361
Fax: (347) 696-1227
Chris@PollockCohen.com

*Counsel for Plaintiffs*

ETHAN P. DAVIS
Acting Assistant Attorney General

DANIEL FEITH
Deputy Assistant Attorney General

GUSTAV W. EYLER
Acting Director

HILARY K. PERKINS
Assistant Director
Consumer Protection Branch

    /s/ Sarah Williams
SARAH WILLIAMS
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice, Civil Division
P.O. Box 386
Washington, D.C. 20044-0386
Telephone:  202-616-4269
Fax: 202-514-8742
sarah.williams@usdoj.gov

Of Counsel:

ROBERT P. CHARROW
General Counsel

STACY CLINE AMIN
Chief Counsel
Food and Drug Administration
Deputy General Counsel
Department of Health and Human Services

PERHAM GORJI
Deputy Chief Counsel, Litigation

SAMANTHA HONG
SUSAN WILLIAMS
Associate Chief Counsel
Office of the Chief Counsel
U.S. Food and Drug Administration
10903 New Hampshire Avenue
White Oak 32, Room 4520
Silver Spring, MD 20993-0002

*Counsel for Defendants.*

S<small>TIPULATION FOR</small> E<small>XTENSION OF</small> T<small>IME</small>
Case No. 4:20-cv-4012-KAW

3