UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCI, ACTION ON SMOKING AND HEALTH, and AMERICAN MEDICAL ASSOCIATION,<br><br>       Plaintiffs,<br><br>   v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICE, ALEX M. AZAR II, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; STEPHEN HAHN, in his official capacity as Commissioner of the U.S. Food and Drug Administration; CENTER FOR TOBACCO PRODUCTS; MITCH ZELLER in his official capacity as the Center for Tobacco Products, Director.<br><br>       Defendants. | Case No. 4:20-cv-4012-KAW<br><br>[PROPOSED] ORDER GRANTING EXTENSION OF REPLY DEADLINE |

       Upon consideration of the Stipulation for an Extension of Time to File a Reply and for good cause shown,

       IT IS ORDERED that the Motion to Extend the Defendants' Reply Deadline is GRANTED. The Defendants' Reply in Support of Its' Motion to Dismiss will be due on Wednesday, October 14, 2020.

Dated: _____       _____
                                                                            KANDIS A. WESTMORE
                                                                            United States Magistrate Judge