# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTES

| **Date:** November 5, 2020 | **Time:** 43 mins | **Judge:** KANDIS A. WESTMORE |
|---|---|---|
| **Case No.:** 20-cv-04012-KAW | **Case Name:** African American Tobacco Control Leadership Counci v. United States Department of Health and Human Services | |

**For Plaintiff(s):** Christopher Leung
**For Defendant(s):** Daniel Feith

**Deputy Clerk:** Doug Merry  **Court Reporter:** Pamela Batalo-Hebel

## PROCEEDINGS

Motion to Dismiss hearing held via Zoom video.

The matter is taken under submission and the Court will issue a written ruling.