SARAH WILLIAMS
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice, Civil Division
PO Box 386
Washington, DC  20044-0386
Telephone: 202-616-4269
Fax: 202-514-8742
sarah.williams@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, AMERICAN MEDICAL ASSOCIATION, AND NATIONAL MEDICAL ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICE, ALEX M. AZAR II, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; STEPHEN HAHN, in his official capacity as Commissioner of the U.S. Food and Drug Administration; CENTER FOR TOBACCO PRODUCTS; MITCH ZELLER in his official capacity as the Center for Tobacco Products, Director.<br><br>Defendants. | Case No. 4:20-cv-4012-KAW<br><br>**STIPULATION TO EXTEND DEADLINES** |

1  Pursuant to Rule 6(b)(1)(A) and Local Rule 6-2, the parties request an extension of deadlines
2  until after April 29, 2021.  The extension will provide time for the FDA, Center for Tobacco Products to
3  consider Plaintiffs' recent supplement to their citizen petition, which was submitted January 14, 2021.
4  The Court's current Scheduling Order was based on the Defendants' commitment to issue a final
5  response to Plaintiffs' citizen petition by January 29, 2021—the subject of a previous extension request.
6  *See* Dkt. 39 (Stipulation to Extend Deadlines) & 40 (Order). After that Scheduling Order, the Plaintiffs
7  and their co-petitioners submitted a forty-page supplement, pursuant to 21 C.F.R. § 10.30(g), which
8  allows petitioners to supplement citizen petitions at their discretion and without prior agency approval.
9  *See* Ex. 1.  That supplement was submitted on January 14, 2021.
10  Defendants represent that by January 14, 2021, FDA's response to the original citizen petition
11  was already in the final stages of agency review and clearance to meet the January 29, 2021
12  commitment.  The new supplement includes recent studies not previously referenced in the original
13  citizen petition and presents additional issues for FDA's consideration. Ex. 1.  FDA has since requested,
14  and Plaintiffs have consented to, providing the Defendants with additional time to fully consider the new
15  information, to ensure that the citizen petition response takes into account all relevant information, to
16  engage with new leadership, and to chart a path forward.  FDA can commit to issuing a final citizen
17  petition response, including full consideration of the supplement, by April 29, 2021.
18  Therefore, the parties request that the Court extend the current remaining deadlines in this
19  litigation until after April 29, 2021.  As reflected in the attached proposed order, approximately two
20  weeks after Defendants' issuance of the final response to the citizen petition, the parties propose to file a
21  joint status report setting forth the parties' views of how this litigation should proceed, and the parties
22  request a rescheduling of the case management conference to accommodate these changes.

Respectfully submitted,

Dated:  January 21, 2020

s/ Christopher K. Leung
Pollock Cohen LLP
60 Broad Street, 24th Floor
New York, NY 10004
Telephone: (212) 337-5361

STIPULATION TO EXTEND DEADLINES
Case No. 4:20-cv-4012-KAW

2

Fax: (347) 696-1227
Chris@PollockCohen.com

*Counsel for Plaintiffs*

BRIAN BOYNTON
Acting Assistant Attorney General

MICHAEL GRANSTON
Deputy Assistant Attorney General

GUSTAV W. EYLER
Acting Director

HILARY K. PERKINS
Assistant Director
Consumer Protection Branch

   /s/ Sarah Williams
SARAH WILLIAMS
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice, Civil Division
P.O. Box 386
Washington, D.C. 20044-0386
Telephone:  202-616-4269
Fax: 202-514-8742
sarah.williams@usdoj.gov

STIPULATION TO EXTEND DEADLINES
Case No. 4:20-cv-4012-KAW

3