1  SARAH WILLIAMS
   Trial Attorney
2  Consumer Protection Branch
   U.S. Department of Justice, Civil Division
3  PO Box 386
   Washington, DC  20044-0386
4  Telephone: 202-616-4269
   Fax: 202-514-8742
5  sarah.williams@usdoj.gov

6  *Counsel for Defendants*

7
8              UNITED STATES DISTRICT COURT FOR THE
9                 NORTHERN DISTRICT OF CALIFORNIA
10                       OAKLAND DIVISION
11

| | |
|---|---|
| 12  AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, AMERICAN MEDICAL ASSOCIATION, and NATIONAL MEDICAL ASSOCIATION, | Case No. 4:20-cv-4012-KAW |
| 15           Plaintiffs, | **[PROPOSED] ORDER GRANTING THE STIPULATION TO EXTEND DEADLINES** |
| 16       v. | |
| 17  U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICE, ALEX M. AZAR II, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; STEPHEN HAHN, in his official capacity as Commissioner of the U.S. Food and Drug Administration; CENTER FOR TOBACCO PRODUCTS; MITCH ZELLER in his official capacity as the Center for Tobacco Products, Director. | |
| 24           Defendants. | |

25
26         Upon consideration of the parties' Stipulation to Extend Deadlines, and for good cause
27  shown,

28  [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINES
    Case No. 4:20-cv-4012-KAW
                                    1

1   IT IS ORDERED that the stipulation to extend deadlines is GRANTED, the deadlines in
2  this litigation are extended until after April 29, 2021.
3   IT IS FURTHER ORDERED that the parties will submit a joint case status report by May
4  18, 2021, and case management conference currently set for February 23, 2021, will be rescheduled for
5  May 25, 2021.

Dated: January _____, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINES
Case No. 4:20-cv-4012-KAW

2