1  Christopher K. Leung (SBN 210325)
   Pollock Cohen LLP
2  60 Broad St., 24th Fl.
   New York, NY 10004
3  Tel.: (212) 337-5361
   Fax.: (347) 696-1227
4  Chris@PollockCohen.com

5  *Counsel for Plaintiffs African American Tobacco*
   *Control Leadership Council, Action on Smoking and*
6  *Health, American Medical Association, and*
   *National Medical Association*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, AMERICAN MEDICAL ASSOCIATION, and NATIONAL MEDICAL ASSOCIATION,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR II, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; STEPHEN HAHN, in his official capacity as Commissioner of the U.S. Food and Drug Administration; CENTER FOR TOBACCO PRODUCTS; MITCH ZELLER in his official capacity as the Center for Tobacco Products, Director,<br><br>　　Defendants. | Case Number: 4:20-cv-04012-KAW<br><br>**PLAINTIFF NATIONAL MEDICAL ASSOCIATION'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

TO THE CLERK AND ALL PARTIES OF RECORD:

Pursuant to Civil L.R. 3-15, the undersigned Plaintiff National Medical Association certifies that as of this date, other than the named parties, there is no such interest to report.

                                          Respectfully submitted,

Date:  April 29, 2021

        New York, NY

*/s/ Christopher K. Leung*

Christopher K. Leung (SBN 210325)
Pollock Cohen LLP
60 Broad St., 24th Fl.
New York, NY 10004
Tel.: (212) 337-5361
Fax.: (347) 696-1227
Chris@PollockCohen.com

*Counsel for Plaintiffs African American Tobacco Control Leadership Council, Action on Smoking and Health, American Medical Association, and National Medical Association*