SARAH WILLIAMS
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice, Civil Division
PO Box 386
Washington, DC 20044-0386
Telephone: 202-616-4269
Fax: 202-514-8742
sarah.williams@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, AMERICAN MEDICAL ASSOCIATION, AND NATIONAL MEDICAL ASSOCIATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICE, XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; JANET WOODCOCK, in her official capacity as Acting Commissioner of the U.S. Food and Drug Administration;[1] CENTER FOR TOBACCO PRODUCTS; MITCH ZELLER in his official capacity as the Center for Tobacco Products, Director.<br><br>    Defendants. | Case No. 4:20-cv-4012-KAW<br><br>**STIPULATION TO EXTEND DEADLINES** |

---

[1] Secretary Becerra and Acting Commissioner Woodcock have been automatically substituted as parties in this action by operation of Fed. R. Civ. P. 25(d), as successors to the originally named public officers in this lawsuit.

Pursuant to Rule 6(b)(1)(A) and Local Rule 6-2, the parties request an extension of deadlines for Plaintiffs to file an unopposed motion to amend or supplement the complaint on or before May 21, 2021, and for Defendants to respond to the operative complaint by June 9, 2021.

The Court previously granted a stipulated extension of all litigation deadlines until after April 29, 2021, to provide sufficient time for FDA to respond to Plaintiffs' citizen petition. *See* Dkt. 44 (extending until April 29, 2021); *see also* Dkt. 40 (granting a first extension of the same deadlines).[2] On April 29, 2021, FDA responded to Plaintiffs' citizen petition.

In light of FDA's citizen petition response, Plaintiffs may move to file another amended complaint, which Defendants will not oppose. The parties have agreed that Plaintiffs should have until May 21, 2021 to file an unopposed motion to amend or supplement the complaint and that Defendants should have until June 9, 2021 to respond to the operative complaint in this case.

This extension will not affect the Court's deadlines for a joint status report on May 18, 2021 and a case management conference on May 25, 2021.

Dated: May 13, 2021

Respectfully submitted,

s/ Christopher K. Leung
Pollock Cohen LLP
60 Broad Street, 24th Floor
New York, NY 10004
Telephone: (212) 337-5361
Fax: (347) 696-1227
Chris@PollockCohen.com

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General

ARUN G. RAO
Deputy Assistant Attorney General

---

[2] The Court also previously granted an extension for Defendants' Reply in Support of Its' Motion to Dismiss, Dkt. 29.

GUSTAV W. EYLER
Acting Director

HILARY K. PERKINS
Assistant Director


   /s/ Sarah Williams
SARAH WILLIAMS
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice, Civil Division
P.O. Box 386
Washington, D.C. 20044-0386
Telephone: 202-616-4269
Fax: 202-514-8742
sarah.williams@usdoj.gov