| | |
|---|---|
| 1 | SARAH WILLIAMS |
| | Trial Attorney |
| 2 | Consumer Protection Branch |
| | U.S. Department of Justice, Civil Division |
| 3 | PO Box 386 |
| | Washington, DC 20044-0386 |
| 4 | Telephone: 202-616-4269 |
| | Fax: 202-514-8742 |
| 5 | sarah.williams@usdoj.gov |
| 6 | *Counsel for Defendants* |

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, AMERICAN MEDICAL ASSOCIATION, and NATIONAL MEDICAL ASSOCIATION, | Case No. 4:20-cv-4012-KAW |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING THE STIPULATION TO EXTEND DEADLINES** |
| v. | |
| U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICE, XAVIER BECEERA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; JANET WOODCOCK, in her official capacity as Acting Commissioner of the U.S. Food and Drug Administration; CENTER FOR TOBACCO PRODUCTS; MITCH ZELLER in his official capacity as the Center for Tobacco Products, Director. | |
| Defendants. | |

Upon consideration of the parties' Stipulation to Extend Deadlines, and for good cause shown,

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINES
Case No. 4:20-cv-4012-KAW

1

1  IT IS ORDERED that the Stipulation to Extend Deadline is GRANTED, Plaintiffs may
2  file an unopposed motion to amend or supplement the complaint, on or before May 21, 2021; and
3  Defendants will respond to the operative complaint in the case on or before June 9, 2021.

4

5
   Dated: May _____, 2021
6                                                    _____
                                                     KANDIS A. WESTMORE
7                                                    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINES
    Case No. 4:20-cv-4012-KAW