United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, et al.,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,

    Defendants.

Case No. 20-cv-04012-KAW

**ORDER REGARDING DATES**

On May 18, 2021, the parties filed their joint case management statement. (Dkt. No. 50.) Per the statement, the Court SETS the following deadlines:

Plaintiffs' amended complaint shall be filed by May 21, 2021.

Defendants' responsive pleading shall be filed by June 9, 2021.

The hearing on Defendants' intended motion to dismiss shall be July 15, 2021.

In light of these new deadlines, the Court CONTINUES the May 25, 2021 case management conference to September 7, 2021 at 1:30 p.m.

IT IS SO ORDERED.

Dated: May 21, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge