SARAH WILLIAMS
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice, Civil Division
PO Box 386
Washington, DC 20044-0386
Telephone: 202-616-4269
Fax: 202-514-8742
sarah.williams@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, AMERICAN MEDICAL ASSOCIATION, AND NATIONAL MEDICAL ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICE, XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; JANET WOODCOCK, in her official capacity as Acting Commissioner of Food and Drugs;[1] CENTER FOR TOBACCO PRODUCTS; MITCH ZELLER in his official capacity as the Director for the Center for Tobacco Products.<br><br>Defendants. | Case No. 4:20-cv-4012-KAW<br><br>**STIPULATED MOTION TO EXTEND REPLY DEADLINE BY ONE DAY** |

Pursuant to Rule 6(b)(1)(A) and Local Rule 6-2, the parties have agreed to an extension of one day for Defendants to file a reply in support of the Second Motion to Dismiss, Dkt. 53. Under the operation of the Local Rules, Defendants' reply is due on June 30, 2021. An extension of one day would move the reply deadline to July 1, 2021. This extension would provide for attorneys' schedules and adequate time to consult and coordinate with necessary agency personnel.

The Court previously granted a stipulated extension of all litigation deadlines until after April 29, 2021, to provide sufficient time for FDA to respond to Plaintiffs' citizen petition. *See* Dkt. 44 (extending until April 29, 2021); *see also* Dkt. 40 (granting a first extension of the same deadlines). The Court has also extended the filing deadline by two days for Defendants' reply in support of the first motion to dismiss, Dkt. 29, and extended the deadlines for the Plaintiffs' supplement to the Second Amended Complaint and Defendants' response. *See* Dkt. 51.

This extension will not affect any other deadline or the hearing date in this case.

Dated: June 9, 2021

Respectfully submitted,

s/ Christopher K. Leung
Pollock Cohen LLP
60 Broad Street, 24th Floor
New York, NY 10004
Telephone: (212) 337-5361
Fax: (347) 696-1227
Chris@PollockCohen.com

*Counsel for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General

ARUN G. RAO
Deputy Assistant Attorney General

GUSTAV W. EYLER
Acting Director

HILARY K. PERKINS
Assistant Director

/s/ Sarah Williams
SARAH WILLIAMS

STIPULATION TO EXTEND REPLY DEADLINE BY ONE DAY
Case No. 4:20-cv-4012-KAW

Trial Attorney
Consumer Protection Branch
U.S. Department of Justice, Civil Division
P.O. Box 386
Washington, D.C. 20044-0386
Telephone: 202-616-4269
Fax: 202-514-8742
sarah.williams@usdoj.gov