UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, AMERICAN MEDICAL ASSOCIATION, AND NATIONAL MEDICAL ASSOCIATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICE, XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; JANET WOODCOCK, in her official capacity as Acting Commissioner of Food and Drugs; CENTER FOR TOBACCO PRODUCTS; MITCH ZELLER in his official capacity as the Director for the Center for Tobacco Products.<br><br>    Defendants. | Case No. 4:20-cv-4012-KAW<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND REPLY DEADLINE BY ONE DAY** |

    Upon consideration of the Stipulated Motion for to Extend Reply Deadline by One Day and for good cause shown,

    IT IS ORDERED that the Stipulated Motion is GRANTED. The Defendants' Reply in Support of Its' Second Motion to Dismiss will be due on Thursday, July 1, 2021.

Dated: __June 11, 2021__

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge

[PROPOSED] ORDER STIPULATED MOTION TO EXTEND REPLY DEADLINE BY ONE DAY
Case No. 4:20-cv-4012-KAW

1