Christopher K. Leung (SBN 210325)
Pollock Cohen LLP
60 Broad St., 24th Fl.
New York, NY 10004
Tel.: (212) 337-5361
Fax.: (347) 696-1227
Chris@PollockCohen.com

*Counsel for Plaintiffs African American Tobacco*
*Control Leadership Council, Action on Smoking and*
*Health, American Medical Association, and*
*National Medical Association*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

|  |  |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, AMERICAN MEDICAL ASSOCIATION, and NATIONAL MEDICAL ASSOCIATION, <br><br> Plaintiffs, <br> vs. <br><br> U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; JANET WOODCOCK, in her official capacity as Acting Commissioner of Food and Drugs; CENTER FOR TOBACCO PRODUCTS; MITCH ZELLER in his official capacity as the Director of the Center for Tobacco Products. <br><br> Defendants. | Case Number: 4:20-cv-04012-KAW <br><br> **STIPULATED REQUEST TO EXTEND BRIEFING DEADLINES AND MOVE HEARING DATE ON DEFENDANTS' SECOND MOTION TO DISMISS** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Rule 6(b)(1)(A) and Local Rule 6-2, the parties have agreed to (a) extend the amount of time for the remaining briefing concerning Defendants' Second Motion to Dismiss (Dkt. No. 53); and (b) move the hearing date for such Motion to a later date that complies with this Court's standing order and counsels' schedules.

Specifically, the parties agree to move the filing date for Plaintiffs' opposition to Defendants' Motion, from June 23, 2021 to July 7, 2021; to move Defendants' reply in support of such Motion, from July 1, 2021 to July 21, 2021; and to move the parties' hearing on such Motion, from July 15, 2021, at 1:30 p.m., to September 16, 2021, at 1:30 p.m.

This extension would provide counsel adequate time to address the issues raised by the Motion, as well as avoid conflicts with their existing schedules.

This is the first stipulated extension brought on behalf of Plaintiffs.  Previous stipulated extensions have included an extension of time to respond to the complaint, extension of time to file a reply, and multiple extensions of all litigation deadlines.  The Court previously granted a stipulated extension of all litigation deadlines until after April 29, 2021, to provide sufficient time for FDA to respond to Plaintiffs' citizen petition.  *See* Dkt. 44 (extending until April 29, 2021); *see also* Dkt. 40 (granting a first extension of the same deadlines).  The Court also extended the filing deadline by two days for Defendants' reply in support of the first motion to dismiss, Dkt. 29, and extended the deadlines for the Plaintiffs' supplement to the Second Amended Complaint and Defendants' response.  *See* Dkt. 51.  The Court most recently also extended the filing deadline by one day for Defendants' reply in support of their second motion to dismiss.  *See* Dkt. 55.

This proposed stipulated extension will affect the parties' hearing date (currently scheduled for July 15, 2021, at 1:30 p.m.).  Following the parties' correspondence with this Court's Courtroom Deputy, the new proposed hearing date will be September 16, 2021, at 1:30 p.m.

Stipulated Request To Extend Briefing Deadlines and Move Hr'g Date on Defs.' 2d Mot. To Dismiss
Case No.: 4:20-cv-04012-KAW

1    The parties' proposed extension and new hearing date may also affect the parties' next

2    scheduled case management conference, currently scheduled for September 7, 2021, at 1:30

3    p.m.

4                                    Respectfully submitted,

5    Date:   June 17, 2021

                                    /s/ *Christopher K. Leung*
6            New York, NY          ────────────────────────────
                                    Christopher K. Leung (SBN 210325)
7                                   Pollock Cohen LLP
                                    60 Broad St., 24th Fl.
8                                   New York, NY 10004
                                    Tel.: (212) 337-5361
9                                   Fax.: (347) 696-1227
                                    Chris@PollockCohen.com
10

11                                  *Counsel for Plaintiffs African American Tobacco Control Leadership*
                                    *Council, Action on Smoking and Health, American Medical*
12                                  *Association, and National Medical Association*

13

14   Date:   June 17, 2021          BRIAN M. BOYNTON
                                    Acting Assistant Attorney General
15
                                    ARUN G. RAO
16                                  Deputy Assistant Attorney General

17                                  GUSTAV W. EYLER
                                    Acting Director
18
                                    HILARY K. PERKINS
19                                  Assistant Director

20                                  /s/ *Sarah Williams*
                                    ────────────────────────────
21                                  SARAH WILLIAMS
                                     Trial Attorney
22                                  Consumer Protection Branch
                                    U.S. Department of Justice, Civil Division
23                                  P.O. Box 386
                                    Washington, D.C. 20044-0386
24                                  Telephone: 202-616-4269
                                    Fax: 202-514-8742
25                                  sarah.williams@usdoj.gov

26                                  *Counsel for Defendants*

27

28

                                    Page 3 of 3