UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, AMERICAN MEDICAL ASSOCIATION, and NATIONAL MEDICAL ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; JANET WOODCOCK, in her official capacity as Acting Commissioner of Food and Drugs; CENTER FOR TOBACCO PRODUCTS; MITCH ZELLER in his official capacity as the Director of the Center for Tobacco Products,<br><br>Defendants. | Case Number: 4:20-cv-04012-KAW<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO EXTEND BRIEFING DEADLINES AND MOVE HEARING DATE ON DEFENDANTS' SECOND MOTION TO DISMISS** |

Upon consideration of the Stipulated Request to Extend Briefing Deadlines and Move the Hearing Date and for good cause shown,

IT IS ORDERED that the Stipulated Request is GRANTED.  The Plaintiffs' opposition to Defendants' Second Motion to Dismiss is due July 7, 2021; Defendants' reply in support of such Motion is due July 21, 2021; and the hearing date on such Motion is moved to September 16, 2021, at 1:30 p.m.

Dated: June _____, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge