UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>Defendants. | Case No. 20-cv-04012-KAW<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING; CONTINUING HEARING DATE**<br><br>Re: Dkt. No. 53 |

On June 9, 2021, Defendants filed a motion to dismiss the instant case as moot. (Defs.' Mot. to Dismiss, Dkt. No. 53.) Specifically, on April 12, 2013, Plaintiff African American Tobacco Control Leadership Council ("AATCLC") submitted a citizen petition with the Food and Drug Administration ("FDA"), requesting that the FDA add menthol to the Tobacco Control Act's flavor ban. (*See* Second Amended Compl. ("SAC") ¶¶ 28, 111.) On April 29, 2021 -- after the filing of this litigation -- the FDA granted the citizen petition. (SAC ¶ 28.)

In addition to granting the petition, the FDA issued a press release stating that it was "working toward issuing proposed product standards within the next year to ban menthol as a characterizing flavor in cigarettes . . . ." Press Release, FDA, FDA Commits to Evidence-Based Actions Aimed at Saving Lives and Preventing Future Generations of Smokers (Apr. 29, 2021) (available at https://www.fda.gov/news-events/press-announcements/fda-commits-evidence-based-actions-aimed-saving-lives-and-preventing-future-generations-smokers). The Acting FDA Commissioner also issued a memorandum "directing the Center for Tobacco Products to engage in the rulemaking process by promptly beginning to draft the proposed rule." (SAC ¶ 144.)

On May 21, 2021, Plaintiffs filed the operative complaint, asserting that the FDA's

response was insufficient because it was not accompanied by formal rulemaking action to implement a menthol ban. (SAC ¶¶ 143-44.) Plaintiffs' claims appear to be the following: (1) the FDA has not adequately responded to the citizen petition due to the failure to "concurrently take appropriate action implementing the approval," specifically a notice of rulemaking, and (2) to the extent the FDA's response is deemed adequate by the Court, there has been undue delay because the notice of rulemaking has not been issued (SAC ¶¶ 161, 168-69; *see also* Pls.' Opp'n at 9-10, Dkt. No. 58.) Thus, Plaintiffs assert that the case is not moot because they seek a judicial order requiring Defendants to, for example, issue a notice of rulemaking within 60 days. (Pls.' Opp'n at 10; *see also* SAC at 51.)

Having reviewed the parties' briefing, the Court requires supplemental briefing as to the second claim, *i.e.*, whether there has been undue delay in issuing a notice of rulemaking.

First, Plaintiffs shall clarify whether they are asserting unreasonable delay from the date Defendants approved citizen petition, in the event that the Court finds Defendants' response to the citizen petition is adequate and does not need to be accompanied by a notice of rulemaking.

Second, if Plaintiffs are asserting unreasonable delay from the date Defendants approved the citizen petition, the parties shall analyze the factors set out in *Telecommunications Research and Action Center v. FCC* ("*TRAC*") for determining unreasonable delay. 750 F.2d 70, 80 (D.C. 1984); *see also Indep. Mining Co., Inc. v. Babbitt*, 105 F.3d 502, 507 (9th Cir. 1997) (applying TRAC factors in assessing whether relief under the APA was appropriate). In so doing, the parties should identify cases, if any, in which a court considered or declined to consider an agency's actions *prior* to the grant of a citizen petition in determining whether there was unreasonable delay in issuing a notice of rulemaking.

Plaintiffs' supplemental brief is due within **two weeks** of the date of this order. Defendants' responsive brief is due within **two weeks** of Plaintiffs' supplemental brief being filed. The supplemental briefs should be no longer than twelve pages, absent leave of the Court.

///

///

///

The Court CONTINUES the hearing on Defendants' motion to dismiss to **October 21, 2021**.

IT IS SO ORDERED.

Dated: September 7, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge