Christopher K. Leung (SBN 210325)
Pollock Cohen LLP
60 Broad St., 24th Fl.
New York, NY 10004
Tel.: (212) 337-5361
Fax.: (347) 696-1227
Chris@PollockCohen.com

*Counsel for Plaintiffs African American Tobacco Control Leadership Council, Action on Smoking and Health, American Medical Association, and National Medical Association*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, AMERICAN MEDICAL ASSOCIATION, and NATIONAL MEDICAL ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; JANET WOODCOCK, in her official capacity as Acting Commissioner of the U.S. Food and Drug Administration; CENTER FOR TOBACCO PRODUCTS; MITCH ZELLER in his official capacity as the Center for Tobacco Products, Director,<br><br>Defendants. | Case No.: 4:20-cv-4012-KAW<br><br>**[PROPOSED] OPRDER GRANTING PUBLIC HEALTH LAW CENTER'S MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF** |

Upon the consideration of the Public Health Law Center's Motion for Administrative Relief for Leave to File *Amicus Curiae* Brief, the parties' filings, and the entire record, it is hereby ORDERED that the Center's Motion is GRANTED.

Dated: _____, 2021     _____
                                    Hon. Kandis A. Westmore

Pls.' Mot. For Summ. J.
Case No.: 4:20-cv-4012-KAW

1