1  TIM BYRON (SBN 277569)
   tbyron@byronraphael.com
2  BYRON RAPHAEL LLP
   100 Pine Street, Suite 1250
3  San Francisco, CA 94111
   Telephone: (415) 839-8500
4  Facsimile: (213) 377-5771

5  DENNIS A. HENIGAN (Of Counsel)
   CONNOR FUCHS (Of Counsel)
6  dhenigan@tobaccofreekids.org
   cfuchs@tobaccofreekids.org
7  CAMPAIGN FOR TOBACCO-FREE KIDS
   1400 I Street, NW, Suite 1200
8  Washington, D.C. 20005
   (202) 296-5469
9
   Attorneys for Proposed *Amici Curiae*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, AMERICAN MEDICAL ASSOCIATION, AND NATIONAL MEDICAL ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; JANET WOODCOCK, in her official capacity as Acting Commissioner of Food and Drugs; CENTER FOR TOBACCO PRODUCTS; MITCH ZELLER in his official capacity as the Director of the Center for Tobacco Products,<br><br>Defendants. | No. 4:20-cv-4012-KAW<br><br>**DECLARATION OF TIM BYRON IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* MEDICAL AND PUBLIC HEALTH GROUPS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' SECOND MOTION TO DISMISS** |

**DECLARATION OF TIM BYRON**

I, Tim Byron, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California. I am a partner at Byron Raphael LLP and counsel of record for the following organizations: American Academy of Pediatrics, American Cancer Society Cancer Action Network, American College of Physicians, American Heart Association, American Lung Association, American Public Health Association, American Thoracic Society, Association of Black Cardiologists, Black Women's Health Imperative, Campaign for Tobacco-Free Kids, Kaiser Permanente, National Black Nurses Association, National LGBT Cancer Network, Parents Against Vaping e-cigarettes, Save a Girl, Save a World, The Center for Black Health and Equity, Trinity Health, and Truth Initiative (collectively, "Medical and Public Health Groups"). I make this declaration in support of the Motion for Administrative Relief for Leave to File Brief of *Amici Curiae* Medical and Public Health Groups in Support of Plaintiffs' Opposition to Defendants' Second Motion to Dismiss.

2. Plaintiffs have consented to the filing of the Medical and Public Health Groups' proposed *amicus curiae* brief.

3. On September 14, 2021, my law partner, Jordan Raphael, spoke by telephone with Sarah Williams, counsel for Defendants, about the Medical and Public Health Groups' proposed *amicus curiae brief*. Ms. Williams informed Mr. Raphael that Defendants would not consent to the filing of the brief.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on September 24, 2021.

Respectfully submitted,

*/s/ Tim Byron*
Tim Byron (SBN 277569)
tbyron@byronraphael.com
BYRON RAPHAEL LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 839-8500
Fax: (213) 377-5771