TIM BYRON (SBN 277569)
tbyron@byronraphael.com
BYRON RAPHAEL LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 839-8500
Facsimile: (213) 377-5771

DENNIS A. HENIGAN (Of Counsel)
CONNOR FUCHS (Of Counsel)
dhenigan@tobaccofreekids.org
cfuchs@tobaccofreekids.org
CAMPAIGN FOR TOBACCO-FREE KIDS
1400 I Street, NW, Suite 1200
Washington, D.C. 20005
(202) 296-5469

Attorneys for Proposed *Amici Curiae*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, AMERICAN MEDICAL ASSOCIATION, AND NATIONAL MEDICAL ASSOCIATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; JANET WOODCOCK, in her official capacity as Acting Commissioner of Food and Drugs; CENTER FOR TOBACCO PRODUCTS; MITCH ZELLER in his official capacity as the Director of the Center for Tobacco Products,<br><br>　　　　Defendants. | No. 4:20-cv-4012-KAW<br><br><br>**BRIEF OF *AMICI CURIAE* MEDICAL AND PUBLIC HEALTH GROUPS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' SECOND MOTION TO DISMISS** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Table of Contents**

STATEMENT OF INTEREST OF *AMICI CURIAE* .................................................... 1

INTRODUCTION AND SUMMARY OF ARGUMENT ........................................... 2

ARGUMENT .............................................................................................................. 3

I.     The Serious and Ongoing Harm to Public Health from Menthol Cigarettes Supports Continued Judicial Oversight until FDA has Completed the Rulemaking Process. ................................................................. 3

     A.     Menthol Cigarettes Increase Youth Initiation of Smoking. ....................... 4

     B.     Menthol Cigarettes Increase Addiction and Reduce Cessation. ................ 7

     C.     Menthol Cigarettes Have Led to Significant Health Disparities for African Americans. ...................................................................... 8

     D.     The Aggressive Marketing of Menthol Cigarettes Is Continuing............. 13

II.     FDA's History of Unreasonable Delay in Protecting the Public Against the Health Harms of Menthol Cigarettes Makes Dismissal Inappropriate and Justifies a Court-Ordered Timeline for Regulatory Proceedings. ......................... 14

CONCLUSION ......................................................................................................... 18

Brief of *Amici Curiae* in Support of
Plaintiff's Opposition to Defendants'
Second Motion to Dismiss

i

Case No. 4:20-cv-4012-KAW

1

**Table of Authorities**

2

**Cases**

3

*Baker v. Director, United States Parole Commission,*

4
    916 F.2d 725 (D.C. Cir. 1990) ................................................................ 18

5

*Center for Biological Diversity v. Kempthorne,*
    498 F.Supp.2d 293 (D.D.C. 2007) ...................................................... 17, 18

6

*Forest Guardians v. Johanns*,

7
    450 F.3d 455 (9th Cir. 2006) ................................................................. 15

8

*Hells Canyon Preservation Council v. Richmond,*
    841 F.Supp. 1039 (D. Or. 1993) ............................................................ 17

9

*In Re A Community Voice,*

10
    878 F.3d 779 (9th Cir. 2017) ................................................................. 16

11

*McCormack v. Herzog,*

12
    788 F.3d 1017 (9th Cir. 2015) ............................................................... 18

13

*Norton v. Southern Utah Wilderness Alliance,*
    542 U.S. 55 (2004) ............................................................................ 17

14

*Pesticide Action Network of N. America v. EPA,*

15
    798 F.3d 809 (9th Cir. 2015) ................................................................. 16

16

*Pub. Citizen Health Research Grp. v. Auchter,*

17
    702 F.2d 1150 (D.C. Cir. 1983) ............................................................. 17

18

*San Francisco Herring Association v. U.S. Department of the Interior,*
    946 F.3d 564 (9th Cir. 2019) ................................................................. 18

19

*Telecomms. Research & Action Center v. FCC,*

20
    750 F.2d 70 (D.C. Cir. 1984) ................................................................. 16

21

**Rules**

22

Advance Notice of Proposed Rulemaking, Regulation of Flavors in Tobacco
    Products,

23
    83 Fed. Reg. 12,294 (Mar. 21, 2018) ..................................................... 4, 6

24

**Statutes**

25

21 U.S.C. § 387g(e) ................................................................................ 2

26

5 U.S.C. § 555(b) ............................................................................. 16, 17

27

5 U.S.C. § 706(1) ................................................................................ 16

28

Brief of *Amici Curiae* in Support of                     ii
Plaintiff's Opposition to Defendants'
Second Motion to Dismiss                                   Case No. 4:20-cv-4012-KAW

**Other Authorities**

Andrea C. Villanti et al.,
*Association of Flavored Tobacco Use With Tobacco Initiation and Subsequent
Use Among US Youth and Adults, 2013-2015*, 2 J. AM. MED. ASS'N NETWORK
OPEN 1 (2019) ........................................................................................................ 8

Andrea C. Villanti et al.,
*Changes in the prevalence and correlates of menthol cigarette use in the USA,
2004-2014*, 25 (Supp. 2) TOBACCO CONTROL ii14 (2016) ...................................... 8

Campaign for Tobacco-Free Kids et al.,
*Stopping Menthol, Saving Lives:  Ending Big Tobacco's Predatory Marketing
to Black Communities* (2021) ............................................................................... 9, 12

CDC,
*Health Equity Considerations and Racial and Ethnic Minority Groups* (Apr.
19, 2021) ............................................................................................................... 12

Cristine D. Delnevo et al.,
*Assessment of Menthol and Nonmenthol Cigarette Consumption in the US,
2000 to 2018*, 3 J. AM. MED. ASS'N NETWORK OPEN 1 (2020) ............................... 8

Cristine D. Delnevo et al.,
*Banning Menthol Cigarettes: A Social Justice Issue Long Overdue*, 22
NICOTINE & TOBACCO RES. 1673 (2020) ............................................................ 6, 11

David Mendez & Thuy T.T. Le,
*Consequences of a match made in hell: the harm caused by menthol smoking
to the African American population over 1980-2018*, TOBACCO CONTROL 2
(2021) ...................................................................................................................... 12

Eric C. Leas et al.,
*Effects of menthol use and transitions in use on short-term and long-term
cessation from cigarettes among US smokers*, TOBACCO CONTROL 1 (2021) ......... 7

FDA,
*FDA Commits to Evidence-Based Actions Aimed at Saving Lives and
Preventing Future Generations of Smokers* (Apr. 29, 2021) .............................. 3, 15

FDA,
*Preliminary Scientific Evaluation of the Possible Public Health Effects of
Menthol versus Nonmenthol Cigarettes* (2013) .................................................. 5, 7

FDA,
*Statement from FDA Commissioner Scott Gottlieb, M.D., on proposed new
steps to protect youth by preventing access to flavored tobacco products and
banning menthol in cigarettes* (Nov. 15, 2018) ...................................................... 4

Brief of *Amici Curiae* in Support of
Plaintiff's Opposition to Defendants'
Second Motion to Dismiss

iii

Case No. 4:20-cv-4012-KAW

Hope Landrine et al.,
*Cigarette Advertising in Black, Latino, and White Magazines, 1998-2002: An
Exploratory Investigation*, 15 ETHNIC DISPARITIES 63 (2005) .................................................. 9

Joanne D'Silva et al.,
*Differences in Subjective Experiences to First Use of Menthol and Nonmenthol
Cigarettes in a National Sample of Young Adult Cigarette Smokers*, 20
NICOTINE & TOBACCO RES. 1062 (2018) ......................... 6

Kim Klausner,
*Menthol cigarettes and smoking initiation: a tobacco industry perspective*, 20
(Supp. 2) TOBACCO CONTROL ii12 (2011) .............................. 4

Lisa Henriksen et al.,
*Targeted Advertising, Promotion, and Price For Menthol Cigarettes in
California High School Neighborhoods*, 14 NICOTINE TOBACCO RES. 116
(2012) ......................... 11

Navid Hafez & Pamela M. Ling,
*Finding the Kool Mixx: how Brown & Williamson used music marketing to sell
cigarettes*, 15 TOBACCO CONTROL 359 (2006) ......................... 9, 10

Office of the Surgeon General, HHS,
*Smoking Cessation: A Report of the Surgeon General* (2020) .................... 7

Office of the Surgeon General, HHS,
*The Health Consequences of Smoking – 50 Years of Progress: A Report of the
Surgeon General* (2014) ......................... 5

Phillip S. Gardiner,
*The African Americanization of menthol cigarette use in the United States*, 6
(Supp. 1) NICOTINE & TOBACCO RES. S55 (2004) ......................... 11

Rutgers School of Public Health,
*Trinkets and Trash: Artifacts of the Tobacco Epidemic* (May 10, 2021) .................. 13, 14

Sabrina L. Smiley et al.,
*Retail Marketing of Menthol Cigarettes in Los Angeles, California: a
Challenge to Health Equity*, 18 PREVENTING CHRONIC DISEASE (2021)........................ 11

Sam N. Cwalina et al.,
*Adolescent menthol cigarette use and risk of nicotine dependence: Findings
from the national Population Assessment on Tobacco and Health (PATH)
study*, 206 DRUG & ALCOHOL DEPENDENCE 1 (2020) ......................... 8

Sunday Azagba et al.,
*Cigarette Smoking Behavior Among Menthol and Nonmenthol Adolescent
Smokers*, 66 J. ADOLESCENT HEALTH 545 (2020)......................... 7

Brief of *Amici Curiae* in Support of
Plaintiff's Opposition to Defendants'                    iv
Second Motion to Dismiss                                                    Case No. 4:20-cv-4012-KAW

Teresa W. Wang et al.,
   *Tobacco Product Use and Associated Factors Among Middle and High School*
   *Students – United States, 2019*, 68 MORBIDITY & MORTALITY WKLY. REP. 1
   (2019) .................................................................................................................. 5

Thuy T.T. Le & David Mendez,
   *An Estimation of the Harm of Menthol Cigarettes in the United States from*
   *1980 to 2018*, TOBACCO CONTROL 3 (2021) .................................................... 6

Tobacco Products Scientific Advisory Committee, FDA,
    *Menthol Cigarettes and Public Health: Review of the Scientific Evidence and*
   *Recommendations* (2011).................................................................................. passim

Valerie B. Yerger et al.,
   *Racialized geography, corporate activity, and health disparities: tobacco*
   *industry targeting of inner cities*, 18 J. Health Care for Poor & Underserved 10
   (2007) .................................................................................................................. 9

Brief of *Amici Curiae* in Support of
Plaintiff's Opposition to Defendants'
Second Motion to Dismiss

v

Case No. 4:20-cv-4012-KAW

*Amici* medical, public health, and community organizations submit this brief urging the Court to deny Defendants' Second Motion to Dismiss because the Court may – and indeed should – grant effective relief in the form of an order setting a date certain by which the U.S. Food and Drug Administration ("FDA") must publish a final rule to prohibit menthol as a characterizing flavor in cigarettes or, in the alternative, make a final decision against issuance of such a rule.

## STATEMENT OF INTEREST OF *AMICI CURIAE*

*Amici* here include the following national medical, public health, and community organizations: American Academy of Pediatrics, American Cancer Society Cancer Action Network, American College of Physicians, American Heart Association, American Lung Association, American Public Health Association, American Thoracic Society, Association of Black Cardiologists, Black Women's Health Imperative, Campaign for Tobacco-Free Kids, Kaiser Permanente, National Black Nurses Association, National LGBT Cancer Network, Parents Against Vaping e-cigarettes, Save a Girl, Save a World, The Center for Black Health and Equity, Trinity Health, and Truth Initiative.

As set forth in the description of the *amici* included in the Addendum to this brief, each of these groups works on a daily basis to reduce the devastating health harms of tobacco products, including menthol cigarettes. From pediatricians who counsel their young patients and their parents about the hazards of tobacco use, to organizations with formal programs to urge users to quit, to groups representing parents and families struggling to free young people from nicotine addiction, each of these organizations has a direct and immediate interest in curbing the sale of menthol cigarettes. They also have substantial expertise in the role menthol cigarettes play in increasing youth smoking, decreasing smoking cessation, and imposing a disproportionate burden on communities of color targeted by the tobacco industry. Accordingly, these *amici* are particularly well suited to inform the Court of the public health urgency of prohibiting the manufacture and sale of menthol cigarettes, and the necessity for the Court to retain jurisdiction to ensure FDA action by a date certain, particularly in light of FDA's past record of unreasonable delay in taking action to protect the public from these products.

Brief of *Amici Curiae* in Support of
Plaintiff's Opposition to Defendants'
Second Motion to Dismiss

1

Case No. 4:20-cv-4012-KAW

**INTRODUCTION AND SUMMARY OF ARGUMENT**

In the Family Smoking Prevention and Tobacco Control Act ("TCA"), Congress tasked FDA's Tobacco Products Scientific Advisory Committee ("TPSAC") to issue a "report and recommendation" on "the impact of the use of menthol cigarettes on the public health, including such use among children, African-Americans, Hispanics, and other racial and ethnic minorities," 21 U.S.C. §387g(e). It has now been a decade since TPSAC issued its report concluding that "[r]emoval of menthol cigarettes from the marketplace would benefit public health in the United States." Yet FDA has failed to exercise its authority to prohibit the manufacture and sale of these products, allowing them to remain on the market to this day. FDA's failure to act is especially troubling given that: (1) in 2013, FDA's own staff scientists concluded that menthol cigarettes pose a risk to public health beyond that posed by nonmenthol cigarettes; (2) a Citizen Petition filed that same year called on FDA to ban menthol cigarettes; (3) in 2018, the FDA Commissioner committed to issue a proposed rule banning menthol cigarettes; and (4) the accumulating data leaves no doubt that menthol as a characterizing flavor in cigarettes increases initiation of smoking by young people by masking the harshness of cigarette smoke, makes cigarettes more addictive and harder to quit, and poses a disproportionate burden of disease and death on African Americans, a direct result of decades of targeted marketing by cigarette companies. The most recent estimates establish that menthol in cigarettes slows the decline in smoking prevalence, thus costing many thousands of lives with each passing year. In the face of such clarity about the public health toll of these products, FDA's record on this issue is, by any measure, one of "unreasonable delay."

The question now before the Court is whether FDA's April 29, 2021 announcement that it plans to issue a proposed rule banning menthol cigarettes within the next year is the only relief available to Plaintiffs, thereby rendering this case moot. In light of the agency's long record of delay, there is ample legal justification for the Court to exercise its jurisdiction in this case and to set a timeline assuring completion of the rulemaking process and the issuance of a final decision on whether the manufacture and sale of menthol cigarettes will be allowed to continue. Accordingly, the Court should deny Defendants' Second Motion to Dismiss.

Brief of *Amici Curiae* in Support of
Plaintiff's Opposition to Defendants'
Second Motion to Dismiss

2

Case No. 4:20-cv-4012-KAW

**ARGUMENT**

**I.     The Serious and Ongoing Harm to Public Health from Menthol Cigarettes**

**Supports Continued Judicial Oversight until FDA has Completed the**

**Rulemaking Process.**

On April 29, 2021, when FDA announced its intention to pursue a rulemaking to prohibit menthol as a characterizing flavor in cigarettes, the agency recognized the extraordinary and continuing harm to public health from menthol cigarettes, and the corresponding life-saving benefits from action to prohibit their future production and sale.  In its statement announcing the rulemaking, FDA referred to its action as "urgent" and summarized the public health harms from menthol cigarettes:

> There is strong evidence that a menthol ban will help people quit.  Studies show that menthol increases the appeal of tobacco and facilitates progression to regular smoking, particularly among youth and young adults.  Menthol masks unpleasant flavors and harshness of tobacco products, making them easier to start using. Tobacco products with menthol can also be more addictive and harder to quit by enhancing the effects of nicotine.[1]

Acting FDA Commissioner Janet Woodcock also noted that a menthol cigarette ban (along with a ban on flavored cigars) would "address health disparities experienced by communities of color, low-income populations, and LGBTQ+ individuals, all of whom are far more likely to use these tobacco products."[2]

As the discussion below demonstrates, it is precisely those health harms, already recognized by FDA, that justify continued judicial oversight of this case to prevent further undue delay by the agency and to ensure prompt completion of the rulemaking process on menthol cigarettes.  Since the Citizen Petition was filed in 2013, by many of the *amici* here, the agency's unreasonable delay has contributed to many thousands of preventable deaths, and untold suffering from tobacco-related disease.  For every additional day that passes, the toll of disease and death continues to mount.

---

[1] FDA News Release, *FDA Commits to Evidence-Based Actions Aimed at Saving Lives and Preventing Future Generations of Smokers* (Apr. 29, 2021), https://www.fda.gov/news-events/press-announcements/fda-commits-evidence-based-actions-aimed-saving-lives-and-preventing-future-generations-smokers.

[2] *Id.*

Brief of *Amici Curiae* in Support of
Plaintiff's Opposition to Defendants'
Second Motion to Dismiss                          3                          Case No. 4:20-cv-4012-KAW

### A.  Menthol Cigarettes Increase Youth Initiation of Smoking.

Although the tobacco companies are well aware that almost all new tobacco users begin their addiction as kids, they also know that, to novice smokers, tobacco smoke can be harsh and unappealing.  By masking the harshness and soothing the irritation caused by tobacco smoke, menthol cigarettes make it easier for beginners to experiment with cigarettes and ultimately become addicted.  In 1987, the tobacco company Brown & Williamson observed, "Menthol brands have been said to be good starter products because new smokers appear to know that menthol covers up some of the tobacco taste and they already know what menthol tastes like, vis-à-vis candy."[3]

When FDA Commissioner Scott Gottlieb stated the agency's intention to begin a rulemaking to ban menthol cigarettes in 2018, he stated that because "menthol serves to mask some of the unattractive features of smoking that might otherwise discourage a child from smoking" "these menthol-flavored products represent one of the most common and pernicious routes by which kids initiate on combustible cigarettes."[4]  Thus, young smokers are more likely to use menthol cigarettes than any other age group.  As FDA has stated, "[m]ultiple studies show a greater use of menthol cigarettes by younger smokers and less usage among older smokers."[5]  The FDA's TPSAC, after an extensive study of the public health impact of menthol cigarettes, concluded in its 2011 Report that menthol cigarettes increase the number of children who experiment with cigarettes and who become regular smokers, thereby increasing overall youth smoking, and that young people who initiate smoking with menthol cigarettes are more likely to become addicted and long-term daily smokers.[6]  Since 90% of adult smokers begin smoking in

---

[3] Kim Klausner, *Menthol cigarettes and smoking initiation: a tobacco industry perspective,* 20 (Supp. 2) TOBACCO CONTROL ii12, ii14 (2011), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3088463/pdf/tobaccocontrol41954.pdf.

[4] FDA, *Statement from FDA Commissioner Scott Gottlieb, M.D., on proposed new steps to protect youth by preventing access to flavored tobacco products and banning menthol in cigarettes* (Nov. 15, 2018), https://www.fda.gov/news-events/press-announcements/statement-fda-commissioner-scott-gottlieb-md-proposed-new-steps-protect-youth-preventing-access.

[5] Advance Notice of Proposed Rulemaking, Regulation of Flavors in Tobacco Products, 83 Fed. Reg. 12,294, 12,296 (Mar. 21, 2018).

[6] TOBACCO PRODUCTS SCIENTIFIC ADVISORY COMMITTEE ("TPSAC"), FDA, MENTHOL CIGARETTES AND PUBLIC HEALTH: REVIEW OF THE SCIENTIFIC EVIDENCE AND

Brief of *Amici Curiae* in Support of
Plaintiff's Opposition to Defendants'
Second Motion to Dismiss

4

their teens,[7] menthol cigarettes, as a starter product for the young, are critical to the tobacco industry's need to recruit "replacement smokers" for the one-half of long-term smokers who eventually die from tobacco-related disease.  In its 2011 Report, TPSAC projected that by 2020, about 2.3 million people will have started smoking because of menthol cigarettes, leading to 17,000 premature deaths.[8]  TPSAC concluded that, "Removal of menthol cigarettes from the marketplace would benefit public health in the United States."[9]

Two years after submission of the TPSAC Menthol Report, FDA completed its own independent, peer-reviewed evaluation of the science concerning menthol cigarettes.  FDA's *Preliminary Scientific Evaluation of the Possible Public Health Effects of Menthol versus Nonmenthol Cigarettes* ("FDA Report") reached the overall conclusion, consistent with TPSAC's own findings, that it is "likely that menthol cigarettes pose a public health risk above that seen with nonmenthol cigarettes."[10]

Since the reports from TPSAC and FDA, research has continued to demonstrate the popularity of menthol cigarettes among youth and menthol's role in smoking initiation. According to the 2019 National Youth Tobacco Survey ("NYTS"), half of current high school smokers use menthol cigarettes.[11]  Another Government survey, the National Survey of Drug Use and Health, found that preference for menthol among cigarette smokers is inversely correlated

---

RECOMMENDATIONS 109, 121 (2011), https://wayback.archive-it.org/7993/20170405201731/https://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/TobaccoProductsScientificAdvisoryCommittee/UCM269697.pdf ("TPSAC Menthol Report").

[7] OFFICE OF THE SURGEON GENERAL ("OSG"), U.S. DEPT. OF HEALTH AND HUMAN SERVICES ("HHS"), THE HEALTH CONSEQUENCES OF SMOKING – 50 YEARS OF PROGRESS: A REPORT OF THE SURGEON GENERAL 708 (2014), https://www.ncbi.nlm.nih.gov/books/NBK179276/pdf/Bookshelf_NBK179276.pdf.

[8] TPSAC Menthol Report, *supra* note 6, at 221.

[9] *Id.* at 225.

[10] FDA, PRELIMINARY SCIENTIFIC EVALUATION OF THE POSSIBLE PUBLIC HEALTH EFFECTS OF MENTHOL VERSUS NONMENTHOL CIGARETTES 6 (2013), https://www.fda.gov/media/86497/download ("FDA Report").

[11] Teresa W. Wang et al., *Tobacco Product Use and Associated Factors Among Middle and High School Students – United States, 2019*, 68 MORBIDITY & MORTALITY WKLY. REP. 1, 15 (2019), https://www.cdc.gov/mmwr/volumes/68/ss/pdfs/ss6812a1-H.pdf.

Brief of *Amici Curiae* in Support of
Plaintiff's Opposition to Defendants'
Second Motion to Dismiss

5

Case No. 4:20-cv-4012-KAW

with age.[12]  Data from Truth Initiative's Young Adult Cohort Study, a national study of 18-34 year olds, likewise showed that 52% of new young adult smokers initiated with menthol cigarettes.[13]  Initiation with menthol cigarettes was higher among Black smokers (93.1%) compared to White smokers (43.9%).[14]

The devastating health impact of menthol cigarettes is perhaps most dramatically shown by a recent study by researchers from the University of Michigan.  With the same methodology used by TPSAC, the new study estimates that, by slowing down the decline in smoking prevalence, during the 38-year period from 1980-2018, menthol cigarettes were responsible for 10.1 million extra smokers, or approximately 266,000 additional smokers every year.[15]  The study also found that menthol cigarettes were responsible for 378,000 additional smoking-related deaths during that period, or almost 10,000 deaths per year.[16]

The impact of menthol cigarettes in attracting kids, and keeping them addicted, has profound adverse effects on their health.  The FDA has found that "smoking cigarettes during adolescence is associated with lasting cognitive and behavioral impairments, including effects on working memory in smoking teens and alterations in the prefrontal attentional network in young adult smokers."[17]  "Use of tobacco products," according to the FDA, "puts youth and young adults at greater risk for future health issues, such as coronary artery disease, cancer, and other known tobacco-related diseases."[18]

---

[12] Cristine D. Delnevo et al., *Banning Menthol Cigarettes: A Social Justice Issue Long Overdue*, 22 NICOTINE & TOBACCO RES. 1673, 1673 (2020).

[13] Joanne D'Silva et al., *Differences in Subjective Experiences to First Use of Menthol and Nonmenthol Cigarettes in a National Sample of Young Adult Cigarette Smokers*, 20 NICOTINE & TOBACCO RES. 1062, 1064 (2018).

[14] *Id.*

[15] Thuy T.T. Le & David Mendez, *An Estimation of the Harm of Menthol Cigarettes in the United States from 1980 to 2018*, TOBACCO CONTROL 3 (2021), https://tobaccocontrol.bmj.com/content/early/2021/09/16/tobaccocontrol-2021-056748.

[16] *Id.*

[17] Advance Notice of Proposed Rulemaking, *supra* note 5, at 12,295.

[18] *Id.*

Brief of *Amici Curiae* in Support of
Plaintiff's Opposition to Defendants'
Second Motion to Dismiss

6

Case No. 4:20-cv-4012-KAW

**B.  Menthol Cigarettes Increase Addiction and Reduce Cessation.**

The TPSAC and FDA reports found that, in addition to increasing initiation of smoking among young people, menthol cigarettes are associated with increased nicotine dependence and reduced success in smoking cessation, particularly among African American smokers.[19] More recent research bolsters these findings. The 2020 Surgeon General's Report on smoking cessation cited numerous studies that found an association between menthol use and lower cessation rates.  The report concluded that the evidence is suggestive that restricting menthol products would lead to increased smoking cessation.[20]  Recent research analyzing four waves of data from the Government's Population Assessment of Tobacco and Health ("PATH") study shows that among daily smokers, menthol cigarette smokers have a 24% lower likelihood of quitting as compared to non-menthol smokers.[21]  Among daily smokers, African American menthol smokers had a 53% lower chance of quitting compared to African American non-menthol smokers, while White menthol smokers had 22% lower odds of quitting compared to White non-menthol smokers.[22]  A more recent study analyzing Government PATH data found that smokers who used menthol cigarettes prior to a quit attempt were 28% less likely to abstain from smoking for more than 30 days and 53% less likely to abstain for more than one year, compared to non-menthol smokers.[23]

Data from the 2017 and 2018 NYTS show that among middle and high school students, menthol smoking was associated with greater smoking frequency and intention to continue smoking, compared to non-menthol smoking.[24]  Data from the Government PATH study shows

---

[19] TPSAC Menthol Report, *supra* note 6, at 147; FDA Report, *supra* note 10, at 5-6.
[20] OSG, HHS, SMOKING CESSATION: A REPORT OF THE SURGEON GENERAL 12 (2020), https://www.hhs.gov/sites/default/files/2020-cessation-sgr-full-report.pdf.
[21] Sarah D. Mills et al., *The Relationship Between Menthol Cigarette Use, Smoking Cessation, and Relapse: Findings from Waves 1 to 4 of the Population Assessment of Tobacco and Health Study*, 23 NICOTINE & TOBACCO RES. 966, 970 (2021).
[22] *Id.*
[23] Eric C. Leas et al., *Effects of menthol use and transitions in use on short-term and long-term cessation from cigarettes among US smokers*, TOBACCO CONTROL 1, 4 (2021), https://tobaccocontrol.bmj.com/content/early/2021/07/01/tobaccocontrol-2021-056596.
[24] Sunday Azagba et al., *Cigarette Smoking Behavior Among Menthol and Nonmenthol Adolescent Smokers*, 66 J. ADOLESCENT HEALTH 545, 548-549 (2020).

Brief of *Amici Curiae* in Support of
Plaintiff's Opposition to Defendants'
Second Motion to Dismiss                                7                          Case No. 4:20-cv-4012-KAW

1   that youth menthol smokers have significantly higher levels of certain measures of dependence,[25]

2   and that initiation with a menthol-flavored cigarette is associated with a higher relative risk of

3   daily smoking.[26]   Thus, there is little doubt that menthol cigarettes have led millions of youth into

4   long-term tobacco addiction.

5           The difficulty that menthol smokers have in quitting is reflected in national smoking

6   prevalence trends.   From 2008 to 2014, overall smoking rates generally declined, but the

7   proportion of smokers using menthol cigarettes increased significantly.   Menthol smoking rates

8   have increased among young adults and remained constant among youth and older adults, while

9   non-menthol smoking has decreased in all three age groups.   Overall, about 4 out of 10 (38.8%)

10  smokers used menthol cigarettes in 2012-2014, an increase from 34.7% in 2008-2010.[27]   Sales

11  trends echo the patterns seen in menthol smoking prevalence.   Between 2009 and 2018, sales of

12  non-menthol cigarettes declined by 33.1% nationally while sales of menthol cigarettes have

13  declined by only 8.2% during the same period.[28]   Of the decline in cigarette sales between 2009

14  and 2018, 91% is attributable to non-menthol cigarettes.[29]

15          There is little question, therefore, that menthol cigarettes not only introduce young people

16  to smoking, they also increase addiction for youth and adults.

17      **C. Menthol Cigarettes Have Led to Significant Health Disparities for African**

18          **Americans.**

19          Menthol cigarettes have played an especially pernicious role in causing disease and death

20  in the African American community.

---

[25] Sam N. Cwalina et al., *Adolescent menthol cigarette use and risk of nicotine dependence: Findings from the national Population Assessment on Tobacco and Health (PATH) study*, 206 DRUG & ALCOHOL DEPENDENCE 1, 3 (2020).
[26] Andrea C. Villanti et al., *Association of Flavored Tobacco Use With Tobacco Initiation and Subsequent Use Among US Youth and Adults, 2013-2015*, 2 J. AM. MED. ASS'N NETWORK OPEN 1, 12 (2019), https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2753396.
[27] Andrea C. Villanti et al., *Changes in the prevalence and correlates of menthol cigarette use in the USA, 2004-2014*, 25 (Supp. 2) TOBACCO CONTROL ii14, ii15 (2016), https://tobaccocontrol.bmj.com/content/tobaccocontrol/25/Suppl_2/ii14.full.pdf.
[28] Cristine D. Delnevo et al., *Assessment of Menthol and Nonmenthol Cigarette Consumption in the US, 2000 to 2018*, 3 J. AM. MED. ASS'N NETWORK OPEN 1, 1 (2020), https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2769132.
[29] *Id.*

Brief of *Amici Curiae* in Support of
Plaintiff's Opposition to Defendants'
Second Motion to Dismiss

8

Case No. 4:20-cv-4012-KAW

Since at least the 1950s, the tobacco industry has targeted African Americans with marketing for menthol cigarettes through magazine advertising, sponsorship of community and music events, and youthful imagery and marketing in the retail environment.[30]  For example, the industry has strategically placed menthol cigarette ads featuring Black models in magazines with high Black readership.  One study found that from 1998-2002, *Ebony* was 9.8 times more likely than *People* magazine to carry ads for menthol cigarettes.[31]  The industry marketed menthol brands through popular community events, particularly those focused around music.  Industry-sponsored events included R.J. Reynolds' Salem Summer Street Scenes festivals, Brown & Williamson's Kool Jazz Festival, and Philip Morris's Club Benson & Hedges promotional bar nights, which targeted clubs frequented by Black Americans.[32]  R.J. Reynolds estimated that they reached at least half of African Americans in five cities through their street festivals.[33]



Figure 1: 1966 Kool Magazine Advertisement, Image courtesy of Stanford Research into the Impact of Tobacco Advertising (SRITA), https://tobacco.stanford.edu/cigarette/img18678/.

---

[30] *See generally* CAMPAIGN FOR TOBACCO-FREE KIDS ET AL., STOPPING MENTHOL, SAVING LIVES: ENDING BIG TOBACCO'S PREDATORY MARKETING TO BLACK COMMUNITIES 7-9 ( 2021), https://www.tobaccofreekids.org/assets/content/what_we_do/industry_watch/menthol-report/2021_02_tfk-menthol-report.pdf ("Tobacco-Free Kids Report").
[31] Hope Landrine et al., *Cigarette Advertising in Black, Latino, and White Magazines, 1998-2002: An Exploratory Investigation*, 15 ETHNIC DISPARITIES 63, 65 (2005).
[32] Navid Hafez & Pamela M. Ling, *Finding the Kool Mixx: how Brown & Williamson used music marketing to sell cigarettes,* 15 TOBACCO CONTROL 359, 360 (2006); Valerie B. Yerger et al., *Racialized geography, corporate activity, and health disparities: tobacco industry targeting of inner cities*, 18 J. HEALTH CARE FOR POOR & UNDERSERVED 10, 25 (2007); *see also* R.J. Reynolds, *Black Street Scenes 1993 Review and Recommendations*, *in* TRUTH TOBACCO INDUSTRY DOCUMENTS, http://legacy.library.ucsf.edu/tid/onb19d00.
[33] Yerger et al., *supra* note 32, at 25.

1       The industry also targeted African Americans through targeted branding and culturally-

2   appropriated images.  For example, in 2004, Brown & Williamson launched an ad campaign for

3   Kool featuring images of young Black rappers, DJs, and dancers on cigarette packs and in

4   advertising.  The campaign also included radio giveaways with cigarette purchases and a hip-hop

5   DJ competition in major cities.[34]  As TPSAC concluded, "menthol cigarettes are

6   disproportionately marketed per capita to African Americans. African Americans have been the

7   subjects of specifically tailored menthol marketing strategies and messages."[35]



Figure 2: 2004 Kool Mixx Special Edition cigarette pack.  Image courtesy of SRITA, https://tobacco.stanford.edu/cigarette/img6856/.

20       To this day, African American neighborhoods have a disproportionate concentration of

21   menthol cigarette advertising and cheaper pricing of menthol cigarettes. The 2018 California

22   Tobacco Retail Surveillance Study found that menthol advertisements were significantly more

23   common in neighborhoods with higher proportions of African American residents and school-age

24   youth.[36] Another California study found that, as the proportion of African American high school

---

[34] Hafez & Ling, *supra* note 32, at 362-63.

[35] TPSAC Menthol Report, *supra* note 6, at 92.

[36] Nina C. Schleicher et al., CALIFORNIA TOBACCO RETAIL SURVEILLANCE STUDY 2018, at 3, 22 (2019),
https://www.cdph.ca.gov/Programs/CCDPHP/DCDIC/CTCB/Pages/FactSheetsAndReports.aspx.

1    students in a neighborhood rose, so did the proportion of menthol advertising.[37]  A 2021 study

2    found that in Los Angeles County, stores located in predominantly African American

3    neighborhoods had significantly higher odds of selling Newport cigarettes (the most popular

4    menthol brand) than stores in Hispanic or non-Hispanic White neighborhoods.[38]  Additionally,

5    the study found that the estimated price of a Newport single pack was $0.38 higher in non-

6    Hispanic White neighborhoods than in African American neighborhoods.[39]  Finally, another 2021

7    study concluded that even after "[c]ontrolling for store type, neighbourhood poverty and other

8    covariates, California tobacco retailers were more likely to advertise menthol cigarettes and

9    charged less for the most popular brand, Newport, in neighborhoods with greater proportions of

10   Black residents."[40]

11          The tobacco industry's use of menthol cigarettes to target African Americans has paid

12   lucrative, but tragic, dividends. In the early 1950s, 5% of African American smokers preferred

13   menthol brands.[41]  In 2018, *85% of African American smokers smoked menthol cigarettes*,

14   compared to 29% of Whites.[42]  In its 2011 TPSAC Report, FDA concluded that menthol

15   cigarettes are associated with lower levels of smoking cessation among African Americans.[43]

16   TPSAC also estimated that by 2020, over 460,000 African Americans will have started smoking

17   because of menthol cigarettes, and 4,700 excess deaths of African Americans will have been

---

[37] Lisa Henriksen et al., *Targeted Advertising, Promotion, and Price For Menthol Cigarettes in California High School Neighborhoods*, 14 NICOTINE TOBACCO RES. 116, 118 (2012).

[38] Sabrina L. Smiley et al., *Retail Marketing of Menthol Cigarettes in Los Angeles, California: a Challenge to Health Equity*, 18 PREVENTING CHRONIC DISEASE (2021), https://www.cdc.gov/PCD/issues/2021/20_0144.htm.

[39] *Id.*

[40] Lisa Henriksen et al., *Menthol cigarettes in black neighbourhoods: still cheaper after all these years*, TOBACCO CONTROL 1, 2 (published online Aug. 12, 2021), https://tobaccocontrol.bmj.com/content/early/2021/08/11/tobaccocontrol-2021-056758 (finding also that Newports cost an estimated 25 cents less per pack in neighborhoods with the highest proportion of Black residents compared to stores in neighborhoods with the lowest proportion of Black residents).

[41] *See* Phillip S. Gardiner, *The African Americanization of menthol cigarette use in the United States*, 6 (Supp. 1) NICOTINE & TOBACCO RES. S55, S59 (2004); Burns W. Roper, *A Study of People's Cigarette Smoking Habits and Attitudes Volume I*, *in* TRUTH TOBACCO INDUSTRY DOCUMENTS (1953), https://www.industrydocuments.ucsf.edu/tobacco/docs/#id=fhcv0035.

[42] Delnevo et al., *supra* note 12, at 1674.

[43] TPSAC Menthol Report, *supra* note 6, at 147.

Brief of *Amici Curiae* in Support of
Plaintiff's Opposition to Defendants'
Second Motion to Dismiss                11                    Case No. 4:20-cv-4012-KAW

attributable to menthol cigarettes.[44]  A recent study that used the same methodology as the 2011

TPSAC Report found that, from 1980-2018, among the African American community, menthol

was responsible for 1.5 million extra smokers, 157,000 smoking-related premature deaths, and 1.5

million excess life-years lost.[45]  During this 38-year period, African Americans represented 15%

of extra new smokers, 41% of excess premature deaths, and 50% of excess life-years lost, despite

accounting for only 12% of the population.[46]  Menthol cigarettes are a major reason why tobacco

use is the number one cause of preventable death among African Americans, who die from

smoking-caused diseases at far higher rates than other Americans.[47]

Indeed, the public health impact of menthol cigarettes on African Americans has been

made especially clear by the COVID-19 pandemic, which has revealed stark health disparities

across our nation.  A Harvard University analysis of COVID-19 mortality rates by race and

ethnicity found that Black COVID-19 patients between 25 and 54 years old were approximately

seven to nine times as likely to die from COVID-19 as White COVID-19 patients.[48]  According to

the Centers for Disease Control and Prevention ("CDC"), "COVID-19 has unequally affected

many racial and ethnic minority groups, putting them more at risk of getting sick and dying from

COVID-19."[49]  The disproportionate burden of COVID-19 on the African American community

has been exacerbated by the disproportionate impact of menthol cigarettes on that community

because smoking increases the vulnerability of smokers to the worst effects of the novel

---

[44] *Id.* at 223.

[45] David Mendez & Thuy T.T. Le, *Consequences of a match made in hell: the harm caused by menthol smoking to the African American population over 1980-2018*, TOBACCO CONTROL 1, 2 (2021), https://tobaccocontrol.bmj.com/content/early/2021/09/16/tobaccocontrol-2021-056748.

[46] *Id.*

[47] *See generally* Tobacco-Free Kids Report, *supra* note 30, at 4 and sources cited therein.

[48] Mary T. Bassett et al., *The unequal toll of COVID-19 mortality by age in the United States: Quantifying racial/ethnic disparities* 9 (Harv. Ctr. Population & Dev. Stud. Working Paper Vol. 19, No. 3, 2020), https://cdn1.sph.harvard.edu/wp-content/uploads/sites/1266/2020/06/20_Bassett-Chen-Krieger_COVID-19_plus_age_working-paper_0612_Vol-19_No-3_with-cover.pdf.

[49] *Health Equity Considerations and Racial and Ethnic Minority Groups*, CDC (Apr. 19, 2021), https://www.cdc.gov/coronavirus/2019-ncov/community/health-equity/race-ethnicity.html.

1  coronavirus.  As the CDC has found, "Being a current or former cigarette smoker can make you
2  more likely to get severely ill from COVID-19."[50]

3        Thus, for every day that passes without action on menthol cigarettes, the tobacco
4  industry's decades of targeted advertising and promotion has a disproportionate impact on
5  African Americans, worsening existing and deeply-entrenched health disparities.

6  **D.  The Aggressive Marketing of Menthol Cigarettes Is Continuing**

7        Cigarette companies continue to engage in aggressive marketing of menthol cigarettes,
8  underscoring the importance of ensuring against further regulatory delay.  New products and
9  packaging have appeared in recent months, as leading manufacturers seek to maintain interest in
10  menthol cigarettes by current smokers, while also attracting new smokers.  For example, in May
11  2021, Newport introduced two new menthol products ("Newport Boost" and "Newport Boost
12  Gold"), allowing the smoker to "boost your menthol whenever you want it" by squeezing the
13  filter.[51]  Newport sponsored a $50,000 Sweepstakes to promote the new product.[52]  A similar
14  product ("Camel Crush Smooth") was introduced by RJ Reynolds in the summer of 2020.[53]
15  Moreover, a plethora of new packaging has appeared recently, for Newport ("Introducing Pack
16  Designs by Nigel Xavier") ("Introducing Pack Designs by Fred Foster") and Camel Crush
17  ("Limited-Time Specialty Packs Celebrating Off-Center Sound") ("New Look. Same Crush").[54]
18

---

19  [50] *People with Certain Medical Conditions*, CDC (last updated Aug. 20, 2021),
20  https://stacks.cdc.gov/view/cdc/109075.
   [51] *Trinkets and Trash: Artifacts of the Tobacco Epidemic*, RUTGERS SCHOOL OF PUBLIC HEALTH,
21  http://trinketsandtrash.org/detail.php?artifactid=15540&page=1 (last accessed Aug. 19, 2021)
   (capturing Newport Boost ad in May 10, 2021 issue of *Us Weekly*); *Products*, NEWPORT,
22  https://www.newport-pleasure.com/secure/products.html (last accessed June 28, 2021).
   [52] *Promotions*, NEWPORT, https://www.newport-pleasure.com/secure/promotions/boost.html (last
23  accessed June 28, 2021).
   [53] *Products*, CAMEL, https://prod2.camel.com/products/crush (last accessed July 20, 2020).
24  [54] *Limited Time Pack Designs*, NEWPORT, https://www.newport-pleasure.com/secure/limited-
25  time-packs/nigel-xavier.html# (last accessed June 28, 2021) ("Introducing Pack Designs by Nigel
   Xavier"); *Limited Time Pack Designs*, NEWPORT, https://www.newport-pleasure.com/secure/
26  limited-time-packs/fred-foster.html (last accessed June 28, 2021) ("Introducing Pack Designs by
   Fred Foster"); *Products*, CAMEL, https://prod2.camel.com/products /camel-creations (last
27  accessed July 24, 2020) ("Limited-Time Specialty Packs Celebrating Off-Center Sound"); *New
   Look Same Crush*, USPTO.REPORT, https://uspto.report/TM/90331204 (last accessed Aug. 19,
28  2021).

Brief of *Amici Curiae* in Support of
Plaintiff's Opposition to Defendants'
Second Motion to Dismiss                    13                          Case No. 4:20-cv-4012-KAW

1   Promotional discount coupons also are being used to stimulate demand[55] and the targeted

2   marketing to the African American consumer continues unabated.[56]



Figure 3: Newport Limited Time Pack Designs, captured June 28, 2021, https://www.newport-pleasure.com/secure/limited-time-packs/fred-foster.html.

10   There is little doubt that the cigarette companies will continue to aggressively promote

11   menthol cigarettes, to the detriment of public health, until action is taken to end their manufacture

12   and sale.

13   **II.     FDA's History of Unreasonable Delay in Protecting the Public Against the Health**

14   **Harms of Menthol Cigarettes Makes Dismissal Inappropriate and Justifies a**

15   **Court-Ordered Timeline for Regulatory Proceedings.**

16   As the preceding discussion demonstrates, FDA has repeatedly recognized the severe and

17   continuing harm to public health from menthol cigarettes.  Yet its record of addressing this

18   known health hazard has been one of significant and unreasonable delay.

19   It has been ten years since FDA's TPSAC determined that the "[r]emoval of menthol

20   cigarettes from the marketplace would benefit public health in the United States" and calculated

21   the many thousands of additional premature deaths that are occurring because menthol remains a

22   characterizing flavor in cigarettes.  It has been eight years since FDA's own scientific

23   investigation reached similar conclusions that menthol cigarettes are associated with youth

24   smoking initiation and greater addiction, posing "a public health risk above that seen with

25   nonmenthol cigarettes."  It has been almost three years since the FDA Commissioner announced

26

27   [55] *Trinkets and Trash: Artifacts of the Tobacco Epidemic*, RUTGERS SCHOOL OF PUBLIC HEALTH, http://trinketsandtrash.org/detail.php?artifactid=14212&page=1 (last accessed Aug. 19, 2021).

28   [56] *The Lounge*, NEWPORT, https://www.newport-pleasure.com/secure/lounge/2021/04/streetwear-staples.html (last accessed June 28, 2021).

Brief of *Amici Curiae* in Support of
Plaintiff's Opposition to Defendants'
Second Motion to Dismiss                    14                    Case No. 4:20-cv-4012-KAW

1   that the agency would issue a Notice of Proposed Rulemaking to ban menthol in combustible

2   tobacco products, including cigarettes and cigars.  Yet no additional action was taken until April

3   29, 2021 when, *as a direct result of this lawsuit*, FDA announced, yet again, that it planned to

4   initiate a rulemaking process to ban menthol as a characterizing flavor in cigarettes.  Moreover,

5   during the eight-year period of 2013-2021, FDA failed to substantively respond, in any way, to

6   the Citizen Petition filed in 2013 setting forth the scientific case for a menthol prohibition and

7   calling on the agency to "prohibit menthol as a characterizing flavoring of cigarettes . . . ."[57]  Had

8   this lawsuit not been filed, there is no reason to believe that FDA would have announced any

9   action to prohibit menthol cigarettes.

10          Indeed, even as FDA announced its intention to begin a rulemaking on menthol cigarettes,

11   it committed itself to no timeline for completion of the rulemaking, saying only that it "is working

12   toward issuing" proposed product standards on mentholated cigarettes and flavored cigars "within

13   the next year."[58]  The agency has offered no explanation for why it should take as much as a year

14   to issue a *proposed* rule on menthol cigarettes, given that its own Scientific Advisory Committee

15   documented the health harms of menthol cigarettes *ten years before* and FDA has never wavered

16   from the conclusion of its own internal scientific review in 2013 that menthol cigarettes have

17   adverse consequences for public health.  As discussed above, the evidence of those health harms

18   has continued to mount since those FDA reports.  Despite FDA's April 29 announcement, it does

19   not moot this case because relief in the form of a court-ordered timeline for a rulemaking is

20   available and warranted.  *See Forest Guardians v. Johanns*, 450 F.3d 455, 461 (9th Cir. 2006)

21   ("[A] case is not moot when *any* effective relief may be granted.") (emphasis in original).  When

22   considered against the backdrop of the agency's history of neglecting this recognized health

23   hazard, it is especially important that the Court retain jurisdiction and set its own timeline for this

24   rulemaking to ensure against additional delay.

25          Where an agency has failed to take action for many years after recognizing and

26   documenting a serious health hazard presented to it in an administrative petition, courts have not

27

28

---

[57] *Tobacco Control Legal Consortium et al. Citizen Petition,* FDA Dkt. No. FDA-2013-P-0435-0001, at 1 (Apr. 12, 2013), https://www.regulations.gov/document/FDA-2013-P-0435-0001.
[58] FDA News Release, *supra* note 1.

Brief of *Amici Curiae* in Support of
Plaintiff's Opposition to Defendants'
Second Motion to Dismiss                              15                    Case No. 4:20-cv-4012-KAW

1    hesitated to find a breach of the duty imposed by the Administrative Procedure Act (APA) to

2    "conclude a matter presented to it" "within a reasonable time,"[59] and to enter an order requiring

3    that action be taken within a specified time, consistent with the obligation of courts under the

4    APA to "compel agency action . . . unreasonably delayed."[60]  Thus, in *In Re A Community Voice,*

5    878 F.3d 779, 787-88 (9th Cir. 2017), the U.S. Court of Appeals for the Ninth Circuit responded

6    to the Environmental Protection Agency's ("EPA") eight years of delay, and failure to offer a

7    "concrete timetable" for final action on a rule strengthening the existing dust-lead and lead paint

8    standards to protect children, by ordering EPA to issue a proposed rule within ninety days of the

9    court's decision and a final rule within one year after issuance of the proposed rule.  In applying

10   the six factors cited in *Telecomms. Research & Action Center v. FCC,* 750 F.2d 70 (D.C. Cir.

11   1984) ("*TRAC*") to guide courts in "unreasonable delay" cases, the *Community Voice* court relied

12   on the length of time that EPA had recognized the public health hazards of lead but failed to act

13   (eight years, not "months or a few years") and the "clear threat to human welfare" from lead

14   poisoning, particularly of children, due to the inadequacy of the EPA standards.  *Community*

15   *Voice,* 878 F.3d at 787.  As the Ninth Circuit noted, a key factor under *TRAC* is that "delays that

16   might be reasonable in the sphere of economic regulation are less tolerable when human health

17   and welfare are at stake."  *Id.* at 786 (quoting *TRAC*, 750 F.2d at 80).

18        In *Community Voice,* the Ninth Circuit relied on its own decision two years earlier in

19   *Pesticide Action Network of N. America v. EPA,* 798 F.3d 809 (9th Cir. 2015).  In that case,

20   environmental groups had petitioned EPA to ban a pesticide, which the agency itself had

21   determined presented "dangers to human health."  *Pesticide Action Network,* 798 F.3d at 814.

22   The court in that case relied on the fact that EPA had been considering the petition for eight years,

23   with EPA stating only that it intended to issue a proposed rule after yet another year had passed,

24   *id.*, a situation remarkably similar to the present case.  Finding that EPA's response was not a

25   "concrete timetable," but rather a "roadmap for further delay," the court directed EPA to issue

26   either a proposed or final rule or a full and final response to the administrative petition by a date

27

28   ――――――――――――――
     [59] 5 U.S.C.§555(b).
     [60] 5 U.S.C.§706(1).

Brief of *Amici Curiae* in Support of
Plaintiff's Opposition to Defendants'
Second Motion to Dismiss                    16                        Case No. 4:20-cv-4012-KAW

1   certain.  *Id.* at 814-15*; see also Pub. Citizen Health Research Grp. v. Auchter,* 702 F.2d 1150,

2   1154, 1158-59 (D.C. Cir. 1983) (court directed OSHA to issue notice of proposed rulemaking

3   limiting workplace exposure to potentially carcinogenic chemical within thirty days of decision,

4   finding "a more than three-year span from Public Citizen's petition to projected final regulation is

5   not tolerable.").

6         The cases cited in the Government's Second Motion to Dismiss counseling against

7   judicial interference with the regulatory process are not to the contrary.  The decision in *Hells*

8   *Canyon Preservation Council v. Richmond,* 841 F. Supp. 1039 (D. Or. 1993) actually supports the

9   authority of courts to impose a regulatory timetable as a remedy for unreasonable delay.  After

10  ruling that the absence of final agency action is no barrier to an action for unreasonable delay, the

11  court held that the Forest Service had engaged in unreasonable delay in issuing final regulations

12  governing uses of the Hells Canyon area.  *Hells Canyon*, 841 F. Supp. at 1045.  The court

13  concluded that "a timeline for publication of proposed rules, notice and comment, and issuance of

14  final regulations is appropriate," with adoption of final regulations required "no later than 120

15  days following close of the comment period."  *Id.* at 1049-50.  The Supreme Court's decision in

16  *Norton v. Southern Utah Wilderness Alliance,* 542 U.S. 55, 64 (2004) ("*SUWA*") merely stands

17  for the proposition that a claim invoking a court's authority under the APA to compel agency

18  action "unlawfully withheld or unreasonably delayed" must first establish that the agency "failed

19  to take a *discrete* agency action that it is *required to take*" (emphasis in original).  This element is

20  met here by FDA's ongoing failure to "conclude a matter presented to it" "within a reasonable

21  time" under 5 U.S.C. §555(b), i.e., to finally determine whether to ban menthol as a

22  characterizing flavor in cigarettes, as requested eight years ago in the Citizen Petition.  Unlike in

23  *SUWA,* Plaintiffs here do not seek to entangle the Court in "abstract policy disagreements," 542

24  U.S. at 66, but rather to ensure against further FDA delay in making a final policy judgment about

25  menthol cigarettes, whatever that judgment turns out to be at the conclusion of the rulemaking.

26        Finally, in *Center for Biological Diversity v. Kempthorne*, 498 F. Supp. 2d 293 (D.D.C.

27  2007), the D.C. District Court dismissed plaintiff's claim as moot after the agency granted

28  plaintiff's rulemaking petition because the only relief plaintiff's complaint had requested was a

Brief of *Amici Curiae* in Support of
Plaintiff's Opposition to Defendants'
Second Motion to Dismiss

17

Case No. 4:20-cv-4012-KAW

final decision regarding its petition.[61]  Here, the Government's reliance on *Kempthorne* is misplaced for two independent reasons.  First, Plaintiffs' complaint here *did request additional relief* beyond only a response to its Citizen Petition.  *See, e.g.*, 2d. Am. Compl. at 51, ¶5 (requesting "[a]n Order directing defendants to provide for publication in the Federal Register, the basis for defendants' decision to either (a) add menthol to the list of banned characterizing flavors for combustible cigarettes, or else (b) not add menthol to such list, within 60 days of the date of such Order").  Second, the Ninth Circuit, in analyzing mootness, considers whether "any effective relief" can be granted, not just the "precise relief sought" in plaintiffs' complaint.  *See, e.g., McCormack v. Herzog*, 788 F.3d 1017, 1024 (9th Cir. 2015).[62]

Accordingly, given the severe public health hazards of menthol cigarettes, the industry's continued active marketing and promotion of [those cigarettes, FDA's history of inaction to protect the public, particularly young people and African Americans, from the disease and death caused by these products, and the availability – and appropriateness – of relief in the form of a court-ordered timetable for completion of a rulemaking proceeding, the Court should reject FDA's Second Motion to Dismiss and retain jurisdiction until the agency publishes a final rule banning menthol cigarettes or, in the alternative, makes a final decision against issuance of such a rule.

## CONCLUSION

For these reasons, the Court should deny Defendants' Second Motion to Dismiss.

---

[61] In its Reply in Support of its Second Motion to Dismiss, the Government asserted that the *Kempthorne* plaintiffs "sought a final rule, as well as judicial oversight over the rulemaking process after the agency granted the plaintiffs' petition."  Dkt. No. 59, at 8.  That is inaccurate.  *See Kempthorne*, 498 F. Supp. 2d at 296 ("[P]laintiff requests the Court to order defendants to issue a final, judicially-reviewable decision on its petition within forty-five days as relief….[N]o other relief is sought in the complaint.").

[62] Other cases cited by the Government are simply far afield of the issues in this case.  *San Francisco Herring Association v. U.S. Department of the Interior,* 946 F.3d 564 (9th Cir. 2019) was not an "unreasonable delay" case at all, but concerned whether Park Service notices prohibiting herring fishing in certain waters was final agency action for purposes of judicial review.  *Baker v. Director, United States Parole Commission,* 916 F.2d 725 (D.C. Cir. 1990) concerns a court's authority to dismiss a complaint *sua sponte* under the Federal Rules of Civil Procedure, having no relevance to a court's authority to remedy agency action unreasonably delayed.

Brief of *Amici Curiae* in Support of
Plaintiff's Opposition to Defendants'
Second Motion to Dismiss

18

Case No. 4:20-cv-4012-KAW

1

2    Dated: September 24, 2021

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,
BYRON RAPHAEL LLP

/s/ Tim Byron
Tim Byron (SBN 277569)
tbyron@byronraphael.com
100 Pine Street, Suite 1250
San Francisco, CA 94111
Tel: (415) 839-8500
Fax: (213) 377-5771

CAMPAIGN FOR TOBACCO-FREE KIDS
Dennis A. Henigan
Connor Fuchs
dhenigan@tobaccofreekids.org
cfuchs@tobaccofreekids.org
1400 I St. NW, Suite 1200
Washington, DC 20005
Tel: (202) 481-9366
Fax: (202) 296-5427

Attorneys for Proposed *Amici Curiae*

Brief of *Amici Curiae* in Support of
Plaintiff's Opposition to Defendants'
Second Motion to Dismiss

19

Case No. 4:20-cv-4012-KAW

**ADDENDUM**

**Description of *Amici Curiae***

1.   American Academy of Pediatrics

The American Academy of Pediatrics (AAP), founded in 1930, is a national, not-for-profit organization dedicated to furthering the interests of children's health and pediatric specialty. Since its inception, the membership of the AAP has grown from the original group of 60 physicians specializing in children's health to 67,000 pediatricians. Since its founding, the AAP has become a powerful voice for children's health through education, research, advocacy, and expert advice and has demonstrated a continuing commitment to protect the well-being of America's children. The AAP has engaged in broad and continuous efforts to prevent harm to the health of children and adolescents cause by the use of tobacco products and exposure to secondhand tobacco smoke.

2.   American Cancer Society Cancer Action Network

The American Cancer Society Cancer Action Network (ACS CAN) is the nation's leading voice advocating for public policies that are helping to defeat cancer. As the nonprofit, nonpartisan advocacy affiliate of the American Cancer Society, ACS CAN educates the public, government officials, and candidates about cancer's devastating impact on public health and encourages them to make fighting cancer a top priority. ACS CAN has volunteers nationwide, many of whom advocate for effective tobacco control at the federal, state, and local levels. In 2021, an estimated 235,760 people in the US will be diagnosed with lung and bronchus cancer, the vast majority of which is attributable to tobacco use. This devastating impact makes regulation of tobacco products critical to our mission.

3.   American College of Physicians

The American College of Physicians (ACP) is the largest medical specialty organization in the United States with members in more than 145 countries worldwide. ACP membership includes 161,000 internal medicine physicians (internists), related subspecialists, and medical students. Internal medicine physicians are specialists who apply scientific knowledge and clinical expertise to the diagnosis, treatment, and compassionate care of adults across the spectrum from health to

complex illness. ACP provides evidence-based clinical resources on tobacco cessation and advocates for policies to reduce tobacco use.

4. American Heart Association

The American Heart Association (AHA) is the nation's oldest and largest voluntary organization dedicated to fighting heart disease and stroke. Founded in 1924, AHA now includes more than 40 million volunteers and supporters, with local chapters in all 50 states, as well as in Washington, D.C., and Puerto Rico. The association invests in research, professional and public education, and advocacy so people from across American can live longer, healthier lives. AHA has long been active before Congress and regulatory agencies on tobacco and other health-related matters and has petitioned the Food and Drug Administration on several occasions seeking regulation of cigarettes, cigars, and other tobacco products under the Federal Food, Drug, and Cosmetic Act.

5. American Lung Association

The American Lung Association is the nation's older voluntary health organization. Because smoking is a major cause of lung cancer and chronic obstructive pulmonary disease (COPD), the American Lung Association has long been active in research, education, and public policy advocacy regarding the adverse health effects caused by tobacco use, including the use of cigars, as well as efforts to regulate the marketing, manufacture and sale of tobacco products.

6. American Public Health Association

The American Public Health Association (APHA) champions the health of all people and all communities, strengthens the profession of public health, shares the latest research and information, promotes best practices, and advocates for public health policies grounded in research. APHA represents over 24,000 individual members and is the only organization that combines a nearly 150-year perspective and a broad-based member community with an interest in improving the public's health. APHA advocates for tobacco control measures to protect the public's health from the adverse effects of tobacco products."

7. American Thoracic Society

The American Thoracic Society is the world's leading medical society dedicated to accelerating the advancement of global respiratory health through multidisciplinary collaboration, education,

Addendum to Brief of *Amici Curiae* in
Support of Plaintiff's Opposition to
Defendants' Second Motion to Dismiss

2

Case No. 4:20-cv-4012-KAW

and advocacy.  ATS members care for patients with tobacco-induced respiratory disease and are committed to reducing and ending the needless death, emotional destruction and costs of tobacco-related disease.

8.  Association of Black Cardiologists

Founded in 1974, the Association of Black Cardiologists, Inc., (ABC) is a nonprofit organization with an international membership of over 2,000 health professionals, lay members of the community (Community Health Advocates), corporate members, and institutional members. The ABC is dedicated to eliminating the disparities related to cardiovascular disease in all people of color. Today, the ABC's public and private partnerships continue to increase our impact in communities across the nation.  ABC's mission is to promote the prevention and treatment of cardiovascular disease, including stroke, in Blacks and other minorities and to achieve health equity for all through the elimination of disparities.

9.  Black Women's Health Imperative

The Black Women's Health Imperative (BWHI) is the oldest national organization dedicated solely to improving the health and wellness of our nation's 21 million Black women and girls – physically, emotionally and financially.  BWHI's mission is to lead the effort to solve the most pressing health issues that affect Black women and girls in the U.S. Through investments in evidence-based strategies, BWHI delivers bold new programs and advocate health-promoting policies.

10. Campaign for Tobacco-Free Kids

The Campaign for Tobacco-Free Kids is a leading force in the fight to reduce tobacco use and its deadly toll in the United States and around the world. The Campaign envisions a future free of the death and disease caused by tobacco, and it works to save lives by advocating for public policies that prevent kids from smoking, help smokers quit and protect everyone from secondhand smoke.

11. Kaiser Permanente

Kaiser Permanente (KP) is the largest private integrated health care delivery system in the United States, serving more than 12.5 million members in eight states and the District of Columbia. KP's mission is not just to provide health care to our members, but also to create healthier

Addendum to Brief of *Amici Curiae* in
Support of Plaintiff's Opposition to
Defendants' Second Motion to Dismiss                    3                    Case No. 4:20-cv-4012-KAW

communities. We are looked to as having expertise in clinical care, including tobacco prevention and cessation programs, and for our efforts in the broader community to promote equitable Public Health policies. KP is a staunch advocate for removing menthol cigarettes from the market because there is likely no other tobacco control policy that could do more to address intractable tobacco-related health disparities. The expeditious removal of menthol cigarettes from the market will have a positive impact on KP's steadfast mission to improve the health of our members and communities we serve.

12. National Black Nurses Association

The National Black Nurses Association (NBNA), established in 1971, represents the over 300,000 African American registered nurses, with 111 chapters in 34 states.  Many years ago, NBNA decided that tobacco use in any form, including vaping, causes physical harm particularly to African American adults and children.  NBNA has been involved in American Smoke Out activities; established an Ad Hoc Committee on Substance Abuse to include educational and awareness sessions on the affects of tobacco; holds continuing education sessions at chapter  and national levels promoting tobacco cessation.

13. National LGBT Cancer Network

The National LGBT Cancer Network works to improve the lives of LGBT cancer survivors and those at risk by educating the LGBT community about our increased cancer risks and the importance of screening and early detection; training health care providers to offer more culturally-competent, safe and welcoming care; and advocating for LGBT survivors in mainstream cancer organizations, the media and research.

14. Parents Against Vaping e-cigarettes

Parents Against Vaping e-cigarettes (PAVe) is a national grassroots organization founded in 2018 by three New York City moms as a response to the youth vaping epidemic.

15. Save a Girl, Save a World

Save a Girl, Save a World (SAGSAW) is a multi-generational mentoring and esteem building program with an annual retreat held at HBCU's each Fall for the purposes of assisting young girls and young women with a continued pipeline of support through mentorship. SAGSAW has

1   assembled a network of some of the brightest and most accomplished women from coast to coast

2   to work as mentors. SAGSAW's Speak Up program gives young Black women the opportunity to

3   share their thoughts, concerns and findings regarding Health Disparities, including tobacco use,

4   that challenge their future to be the best they can be.

5        16. <u>The Center for Black Health and Equity</u>

6   The Center for Black Health & Equity (formerly the National African American Tobacco

7   Prevention Network) is a non-profit, 501(c)(3) organization whose mission is to facilitate public

8   health programs to benefit communities and people of African descent. The Center is an

9   established and community trusted national network that was formed in July 2000 to address

10  tobacco-related health disparities affecting African Americans.  We have more than two decades

11  of demonstrated experience educating our communities, managing federal awards and working

12  with public health partners to improve the quality and performance of public health programs

13  affecting African Americans.  We use our multifaceted national network to support the Center for

14  Disease Control and Prevention (CDC) in disseminating clinical guidelines and best practices for

15  the prevention and control of chronic and infectious diseases that disproportionately impact

16  African Americans. In addition, we extend our network to reach sub-populations that may be at

17  increased risk due to various social and political determinants of health. We have extensive

18  experience facilitating national dialogues, advancing evidence-based policies and mobilizing

19  local communities and we are uniquely qualified to ensure that our communities are informed and

20  prepared to respond to public health policies that are not centered in equity.

21       17. <u>Trinity Health</u>

22  Trinity Health is one of the largest multi-institutional Catholic health care delivery systems in the

23  nation.  It serves people and communities in 22 states from coast to coast with 93 hospitals, and

24  120 continuing care locations — including home care, hospice, PACE and senior living facilities

25  — that provide nearly 2.5 million visits annually.  Trinity Health employs more than 97,000 full-

26  time colleagues, including 5,300 employed physicians.  Tobacco use is one of the largest driver of

27  health care costs. Chronic diseases are the most common and costly of all health problems, but

28

Addendum to Brief of *Amici Curiae* in
Support of Plaintiff's Opposition to
Defendants' Second Motion to Dismiss

5

Case No. 4:20-cv-4012-KAW

1   are also the most preventable.  For these reasons, Trinity Health has prioritized tobacco control

2   policy.

3      18. <u>Truth Initiative</u>

4   Truth Initiative Foundation d/b/a Truth Initiative (Truth Initiative) is a 501(c)(3) Delaware

5   corporation created in 1999 out of a 1998 master settlement agreement that resolved litigation

6   brought by 46 states, five U.S. territories, and the District of Columbia against the major U.S.

7   cigarette companies. Headquartered in Washington, D.C., Truth Initiative studies and supports

8   programs in the United States to reduce youth smoking, vaping and nicotine use and to prevent

9   diseases associated with tobacco products. Its nationally recognized truth® campaign has

10  educated hundreds of millions of young people about the health effects and social costs of

11  tobacco.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Addendum to Brief of *Amici Curiae* in
Support of Plaintiff's Opposition to
Defendants' Second Motion to Dismiss

6

Case No. 4:20-cv-4012-KAW