TIM BYRON (SBN 277569)
tbyron@byronraphael.com
BYRON RAPHAEL LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: (415) 839-8500
Facsimile: (213) 377-5771

DENNIS A. HENIGAN (Of Counsel)
CONNOR FUCHS (Of Counsel)
dhenigan@tobaccofreekids.org
cfuchs@tobaccofreekids.org
CAMPAIGN FOR TOBACCO-FREE KIDS
1400 I Street, NW, Suite 1200
Washington, D.C. 20005
(202) 296-5469

Attorneys for Proposed *Amici Curiae*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, AMERICAN MEDICAL ASSOCIATION, AND NATIONAL MEDICAL ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; JANET WOODCOCK, in her official capacity as Acting Commissioner of Food and Drugs; CENTER FOR TOBACCO PRODUCTS; MITCH ZELLER in his official capacity as the Director of the Center for Tobacco Products,<br><br>Defendants. | No. 4:20-cv-4012-KAW<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* MEDICAL AND PUBLIC HEALTH GROUPS** |

[Proposed] Order Granting Motion
for Leave to File Brief of *Amici Curiae*
Medical and Public Health Groups                                                                                           Case no. 4:20-cv-4012-KAW

Upon consideration of the Motion for Administrative Relief for Leave to File Brief of *Amici Curiae* Medical and Public Health Groups in Support of Plaintiffs' Opposition to Defendants' Second Motion to Dismiss, and the entire record herein, it is hereby:

ORDERED that the Motion is Granted; and it is

FURTHER ORDERED that the Brief of *Amici Curiae* Medical and Public Health Groups in Support of Plaintiffs' Opposition to Defendants' Second Motion to Dismiss be e-filed on the docket by counsel.

Dated: _____, 2021        _____

Hon. Kandis A. Westmore