SARAH WILLIAMS
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice, Civil Division
PO Box 386
Washington, DC 20044-0386
Telephone: 202-616-4269
Fax: 202-514-8742
sarah.williams@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, AMERICAN MEDICAL ASSOCIATION, and NATIONAL MEDICAL ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; JANET WOODCOCK, in her official capacity as Acting Commissioner of Food and Drugs; CENTER FOR TOBACCO PRODUCTS; MITCH ZELLER in his official capacity as the Director, Center for Tobacco Products.<br><br>Defendants. | Case No. 4:20-cv-4012-KAW<br><br>**[PROPOSED] ORDER DENYING MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' SECOND MOTION TO DISMISS (Dkt. 66)** |

Upon consideration of the Medical and Public Health Groups' Motion for Administrative Relief For Leave to File *Amici Curiae* Brief in Support of Plaintiffs' Opposition to Defendants' Second

[PROPOSED] ORDER DENYING MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO
FILE *AMICI CURIAE* BRIEF
Case No. 4:20-cv-4012-KAW

1

Motion to Dismiss, Dkt. 66, the Court finds that the motion is untimely. For that reason, and for other good cause shown,

IT IS ORDERED that the Medical and Public Health Groups' Motion for Administrative Relief For Leave to File *Amici Curiae* Brief in Support of Plaintiffs' Opposition to Defendants' Second Motion to Dismiss is DENIED.

Dated: _____, 2021

_____
KANDIS A. WESTMORE
United States Magistrate Judge

[PROPOSED] ORDER DENYING MOTION FOR ADMINISTRATIVE RELIEF FOR LEAVE TO FILE *AMICI CURIAE* BRIEF
Case No. 4:20-cv-4012-KAW

2