SARAH WILLIAMS
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice, Civil Division
PO Box 386
Washington, DC 20044-0386
Telephone: 202-616-4269
Fax: 202-514-8742
sarah.williams@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, AMERICAN MEDICAL ASSOCIATION, and NATIONAL MEDICAL ASSOCIATION,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, in his official capacity as Commissioner of Food and Drugs;[1] CENTER FOR TOBACCO PRODUCTS; MICHELE MITAL in her official capacity as Acting Director, Center for Tobacco Products.<br><br>  Defendants. | Case No. 4:20-cv-4012-KAW<br><br>**THIRD JOINT CASE MANAGEMENT STATEMENT** |

---

[1] Commissioner Robert M. Califf and Ms. Mital have been automatically substituted as a party in this action by operation of Fed. R. Civ. P. 25(d).

THIRD JOINT CASE MANAGEMENT STATEMENT
CASE NO. 4:20-CV-4012-KAW

1

On November 17, 2021, the Court held Defendants' Second Motion to Dismiss (Dkt. No. 53) in abeyance to give the U.S. Food and Drug Administration (FDA) an opportunity to issue its notice of proposed rulemaking (NPRM) banning menthol cigarettes "on its stated schedule." Order, Dkt. No. 73 at 4; *and see* 2d MTD, Dkt. No. 53 at 5-9 (explaining the agency's plan and process for publishing the proposed rule). Following the Court's Order, FDA continued to prepare the NPRM. On April 21, 2022, the NPRM cleared review by the Office of Management and Budget.[2] Since April 28, 2022, the NPRM has been available for public inspection with the Office of the Federal Register, and the official publication is scheduled for May 4, 2022.[3]

The Court scheduled a hearing on the Second Motion to Dismiss for June 2, 2022. Order, Dkt. No. 73, and directed the parties to explain "how the Notice of Rulemaking affects the parties' positions on the pending motion to dismiss" and whether supplemental briefing would be required. Order, Dkt. No. 73 at 4. The parties do not believe that supplemental briefing is required. However, they will file an additional joint statement on or before May 19, 2022, to advise the Court of their progress negotiating a voluntary dismissal.

Plaintiffs' Position: The Defendants' issuance of the Notice of Rulemaking is a public health milestone, and the first step to saving millions of lives from a lifetime of nicotine addiction, suffering, and death. The new rule is expected to meaningfully reduce health disparities within the Black community, advance the cause of health equity, and conservatively result in over $100 billion in annualized benefits.

---

[2] Office of Information and Regulatory Affairs: Office of Management and Budget: Conclusion of Regulatory Review, https://www.reginfo.gov/public/do/eoDetails?rrid=227311

[3] Office of the Federal Register, Public Inspection: Unpublished Proposed Rule by FDA, https://www.federalregister.gov/public-inspection/2022-08994/tobacco-product-standard-for-menthol-in-cigarettes

The new rule further acknowledges Plaintiffs' lawsuit and citizen petition, which led up to this point. Accordingly, without conceding the merits of Defendants' motion and with a full reservation of Plaintiffs' rights, Plaintiffs are exploring a Rule 41 voluntary dismissal of their remaining claims.

Defendants' Position: The issuance of the NPRM has not changed Defendants' position on the pending Second Motion to Dismiss, Dkt. No. 53. Defendants issued the NPRM without delay and on their stated schedule, demonstrating that there are no grounds for judicial intervention in this rulemaking. Additionally, Defendants have provided all of the available relief on the two claims in the Second Amended Complaint (First Supplement), Dkt. No. 52, which is the focus of the pending motion. *See Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001) ("Review [of a motion to dismiss] is limited to the complaint."). Accordingly, unless the parties are able to agree to voluntary dismissal, Defendants' pending motion should be granted.

| | |
|---|---|
| Dated: May 2, 2022 | Respectfully submitted,<br><br>BRIAN M. BOYNTON<br>Principle Deputy Attorney General<br><br>ARUN G. RAO<br>Deputy Assistant Attorney General<br><br>GUSTAV W. EYLER<br>Director<br><br>HILARY K. PERKINS<br>Assistant Director<br>Consumer Protection Branch<br><br>   /s/ Sarah Williams<br>SARAH WILLIAMS<br>Trial Attorney<br>Consumer Protection Branch<br>U.S. Department of Justice, Civil Division<br>P.O. Box 386<br>Washington, D.C. 20044-0386<br>Telephone: 202-616-4269<br>Fax: 202-514-8742<br>sarah.williams@usdoj.gov |

Counsel for Defendants.

| | |
|---|---|
| Dated: May 2, 2022 |  /s/ Christopher K. Leung<br>Christopher K. Leung (SBN 210325)<br>Pollock Cohen LLP<br>60 Broad St., 24th Fl.<br>New York, NY 10004<br>Tel.: (212) 337-5361<br>Fax: (347) 696-1227<br>Chris@PollockCohen.com |

Counsel for Plaintiffs African American Tobacco Control Leadership Council, Action on Smoking and Health, American Medical Association, and National Medical Association

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Tim Bryon: tbyron@byronrepheal.com

There are no manual recipients. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 2, 2022         /s/     Sarah Williams
                            SARAH WILLIAMS