Christopher K. Leung (SBN 210325)
Pollock Cohen LLP
60 Broad St., 24th Fl.
New York, NY 10004
Tel.: (212) 337-5361
Fax.: (347) 696-1227
Chris@PollockCohen.com

*Counsel for Plaintiffs African American Tobacco Control Leadership Council, Action on Smoking and Health, American Medical Association, and National Medical Association*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, AMERICAN MEDICAL ASSOCIATION, and NATIONAL MEDICAL ASSOCIATION,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, in his official capacity as Commissioner of Food and Drugs; CENTER FOR TOBACCO PRODUCTS; MICHELE MITAL, in her official capacity as Acting Director, Center for Tobacco Products,<br><br>Defendants. | Case No.: 4:20-cv-4012-KAW<br><br>**JOINT CASE MANAGEMENT STATEMENT (FOURTH)** |

On May 2, 2022, the parties filed a Third Joint Case Management Statement agreeing to file an additional statement updating the Court on their progress negotiating a voluntary dismissal on or before May 19, 2022. *See* ECF No. 77 at 2.

On May 4, 2022, the Defendant U.S. Food and Drug Administration ("FDA") proposed "a new product standard that would prohibit menthol as a characterizing flavor in cigarettes." *Tobacco Product Standard for Menthol in Cigarettes*, 87 Fed. Reg. 26,454, 26,454 (May 4, 2022) (to be codified at 21 C.F.R. § 1162).[1] This proposed standard (if finalized) will, among other things, "reduce the appeal of cigarettes, particularly to youth and young adults, and thereby decrease the likelihood that nonusers who would otherwise experiment with menthol cigarettes would progress to regular smoking." *Id*.[2]

In light of this proposed rule, Plaintiffs have agreed to file a Rule 41 voluntary dismissal on or before June 2, 2022, while specifically retaining and preserving their right to appeal. *See Hoa Hong Van v. Barnhart*, 483 F.3d 600, 609 n. 5 (9th Cir. 2007). In the meantime, the parties will confer regarding Plaintiffs' request for attorneys' fees and costs, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

The parties have further agreed that following the voluntary dismissal and entry of judgment in this matter, (a) this Court will retain jurisdiction to hear any motion from Plaintiffs for reasonable fees and costs under the Act, *see Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 395 (1990); (b) that Plaintiffs will have 90 days from this Court's entry of judgment to bring such a motion, *see* 28 U.S.C. § 2412(d)(1)(B) (providing for 30-days after "final judgment"); *and Hoa Hong Van*, 483 F.3d 600 at 612 (holding that the 30-day period does not begin until the 60-day post-

---

[1] https://www.federalregister.gov/documents/2022/05/04/2022-08994/tobacco-product-standard-for-menthol-in-cigarettes.

[2] This proposed standard is further expected to "improve the health and reduce the mortality risk of current menthol cigarette smokers by decreasing cigarette consumption and increasing the likelihood of cessation," as well as "reduce tobacco-related health disparities and advance health equity." *Tobacco Product Standard for Menthol in Cigarettes*, 87 Fed. Reg. at 26,454; *see id*. at 26,458 (noting that the public health benefits of this rule are expected to be "particularly pronounced among … youth and young adults, as well as Black smokers, who have the highest prevalence of menthol cigarette smoking and experience a disproportionate burden of the related harms."). Over time, FDA estimates this proposed rule will result in between $102 billion and $353 billion in annualized benefits. *See id*. at 26,456.

judgment appeal period has run); and (c) that the parties will endeavor to resolve any remaining disputes concerning fees and costs without this Court's involvement, *see* Local Civ. Rule 54-5.

Respectfully submitted,

Date: May 19, 2022
New York, NY

*/s/ Christopher Leung*
Christopher K. Leung (SBN 210325)
Pollock Cohen LLP
60 Broad St., 24th Fl.
New York, NY 10004
Tel.: (212) 337-5361
Fax.: (347) 696-1227
Chris@PollockCohen.com

*Counsel for Plaintiffs African American Tobacco Control Leadership Council, Action on Smoking and Health, American Medical Association, and National Medical Association*

Date: May 19, 2022
Washington, D.C.

Brian M. Boynton
Principle Deputy Attorney General

Arun G. Rao
Deputy Assistant Attorney General

Gustav W. Eyler
Director

Hilary K. Perkins
Assistant Director
Consumer Protection Branch

*/s/ Sarah Williams*
Sarah Williams
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice, Civil Division
P.O. Box 386
Washington, D.C. 20044-0386
Telephone: 202-616-4269
Fax: 202-514-8742
sarah.williams@usdoj.gov

2

*Counsel for Defendants*