1  Christopher K. Leung (SBN 210325)
   Pollock Cohen LLP
2  111 Broadway, 18th Fl.
   New York, NY 10006
3  Tel.: (212) 337-5361
   Fax.: (347) 696-1227
4  Chris@PollockCohen.com

5  *Counsel for Plaintiffs African American
   Tobacco Control Leadership Council,*
6  *Action on Smoking and Health, American
   Medical Association, and National Medical*
7  *Association*

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                           OAKLAND DIVISION

12                                           )
   AFRICAN AMERICAN TOBACCO                  )  Case No.: 4:20-cv-4012-KAW
13 CONTROL LEADERSHIP COUNCIL,               )
   ACTION ON SMOKING AND HEALTH,             )  **NOTICE OF PLAINTIFFS' MOTION FOR**
14 AMERICAN MEDICAL ASSOCIATION,             )  **ATTORNEYS' FEES AND COSTS**
   and NATIONAL MEDICAL                      )
15 ASSOCIATION,                              )
                                             )
16        Plaintiffs,                        )
                                             )
17                                           )
          vs.                                )
18                                           )
                                             )
19 U.S. DEPARTMENT OF HEALTH AND             )
   HUMAN SERVICES; XAVIER BECERRA,           )
20 in his official capacity as Secretary of the U.S. )
   Department of Health and Human Services;  )
21 U.S. FOOD AND DRUG                        )
   ADMINISTRATION; ROBERT M. CALIFF,)
22 in his official capacity as               )
   Acting Commissioner of the U.S. Food and  )
23 Drug Administration; CENTER FOR           )
   TOBACCO PRODUCTS; MICHELE                 )
24 MITAL, in her official capacity as Acting )
   Director, Center for Tobacco Products,    )
25                                           )
          Defendants.                        )
26                                           )
                                             )
27                                           )

28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, on October 20, 2022 at 1:30 p.m., or as soon thereafter as the matter may be heard in this Court, Plaintiffs African American Tobacco Control Leadership Council, Action on Smoking and Health, and National Medical Association will, and hereby do, move for an award of their attorneys' fees, costs, and other expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2414 in the amount of $351,819.88.

Per the Fourth Joint Case Management Statement (ECF No. 79), signed by both parties on May 19, 2022, this Court retains jurisdiction over Plaintiffs' instant motion.  Plaintiffs' counsel further certifies that pursuant to Local Civ. Rule 54-5, the parties have made a number of attempts to resolve this matter, including most recently, meeting and conferring in good faith on August 11 and August 17, 2022 in an effort to resolve this dispute without this Court's action.  But as set forth in the supporting Declaration of Christopher Leung ("Leung Decl."), the parties were unable to do so.  in Support of Plaintiffs' counsel were unable to do so.

This motion is based upon this Notice of Motion and accompanying Memorandum of Points and Authorities; the accompanying Declarations of Christopher Leung, Carol McGruder ("McGruder Decl."), Leonard Nelson ("Nelson Decl."), Laurent Huber ("Huber Decl."), and Garfield Clunie ("Clunie Decl."), all other pleadings and documents in the Court's record, and such other evidence as may be submitted with the reply and at oral argument, if one is held.

Date:   August 30, 2022
        New York, NY

Respectfully submitted,

*/s/ Christopher K. Leung*
Christopher K. Leung (SBN 210325)
Pollock Cohen LLP
111 Broadway, 18th Fl.
New York, NY 10006
Tel.: (212) 337-5361
Fax.: (347) 696-1227
Chris@PollockCohen.com

*Counsel for Plaintiffs African American Tobacco Control Leadership Council, Action on Smoking and Health,*

1

| | |
|---|---|
| 1 | *American Medical Association, and* |
|   | *National Medical Association* |