# POLLOCK | COHEN LLP
111 BROADWAY, 18TH FLOOR
NEW YORK, NEW YORK 10006
(212) 337-5361

*CONTACT:*
Christopher Leung
Chris@PollockCohen.com
(917) 985-3995

August 31, 2022

**VIA ECF**

Hon. Kandis A. Westmore
Ronald V. Dellums Federal Building
 & United States Courthouse
1301 Clay St.
Oakland, CA 94612

      Re:    *African American Tobacco Control Leadership Council et al. v. U.S. Dep't of Health and Human Serv. et al.*, Case No. 4:20-cv-4012-KAW (N.D. Cal.)

Dear Judge Westmore:

      Yesterday evening, plaintiffs in the above-referenced matter noticed and filed their motion for reasonable attorneys' fees, together with several supporting documents. *See* ECF No. 82 (including attachments 1–17). Today, it was discovered that our supporting Memorandum of Law (ECF No. 82-17) lacked a Table of Contents and that a handful of heading formats were incorrect (*see*, *e.g.*, ECF No. 82-17 at 9, referencing "i." instead of "1.").

      We have corrected those errors and attach here an updated version of our supporting Memorandum.

      Sincerely,

      Christopher Leung