SARAH WILLIAMS
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice, Civil Division
PO Box 386
Washington, DC 20044-0386
Telephone: 202-616-4269
Fax: 202-514-8742
sarah.williams@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, AMERICAN MEDICAL ASSOCIATION, and NATIONAL MEDICAL ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, in his official capacity as Commissioner of Food and Drugs; CENTER FOR TOBACCO PRODUCTS; BRIAN KING in his official capacity as Director, Center for Tobacco Products.[1]<br><br>Defendants. | Case No. 4:20-cv-4012-KAW<br><br>**STIPULATED MOTION TO EXTEND BRIEFING DEADLINES AND RESCHEDULE HEARING** |

---

[1] Dr. King has been automatically substituted as a party in this action by operation of Fed. R. Civ. P. 25(d).

STIP. MOT. TO EXTEND DEADLINES AND RESCHEDULE HEARING
CASE NO. 4:20-CV-4012-KAW

1

Pursuant to Rule 6(b)(1)(A) and Local Rule 6-2, the parties have agreed to extend the deadlines and hearing date for Plaintiffs' Motion for Attorney's Fees and Costs, Dkt. Nos. 82 and 83. Under the operation of the Local Rules, Defendants' response is due on September 13, 2022, and Plaintiffs' reply is due on September 20, 2022. A hearing is currently scheduled for October 20, 2022. The parties have agreed that these deadlines should be extended so that Defendants' response is due on September 27, 2022, and Plaintiffs' reply is due on October 10, 2022. The parties further request that the Court reschedule the hearing for November 17, 2022.

The purpose of this extension is to accommodate Defendants' request for more time to prepare their brief and consult with their clients, to accommodate Plaintiffs' desire for some additional amount of time to respond (in light of Defendants' request), and to accommodate Counsel for Plaintiffs' unavailability on November 3, 2022. The parties remain available for a hearing on October 20, 2022, but acknowledge this Court's rule requiring that all matters be fully briefed two weeks in advance of any hearing.

The Court has not previously extended any deadlines related to Plaintiffs' Motion for Attorney's Fees and Costs. However, the Court has granted several unrelated extensions during the course of the litigation. *See* Dkt. Nos. 29, 40, 44, 49, 55 and 59.

The extension will not affect any other deadline in the case.

| | | |
|---|---|---|
| 1 | Dated: September 2, 2022 | Respectfully submitted, |
| 2 | | BRIAN M. BOYNTON |
| | | Principle Deputy Assistant Attorney General |
| 3 | | |
| | | ARUN G. RAO |
| 4 | | Deputy Assistant Attorney General |
| 5 | | GUSTAV W. EYLER |
| | | Director |
| 6 | | |
| | | HILARY K. PERKINS |
| 7 | | Assistant Director |
| | | Consumer Protection Branch |
| 8 | | |
| | |    /s/ Sarah Williams |
| 9 | | SARAH WILLIAMS |
| | | Trial Attorney |
| 10 | | Consumer Protection Branch |
| | | U.S. Department of Justice, Civil Division |
| 11 | | P.O. Box 386 |
| | | Washington, D.C. 20044-0386 |
| 12 | | Telephone: 202-616-4269 |
| | | Fax: 202-514-8742 |
| 13 | | sarah.williams@usdoj.gov |

14  Counsel for Defendants.

15

16  Dated: September 2, 2022        /s/ Christopher K. Leung
                                    Christopher K. Leung (SBN 210325)
17                                  Pollock Cohen LLP
                                    60 Broad St., 24th Fl.
18                                  New York, NY 10004
                                    Tel.: (212) 337-5361
                                    Fax: (347) 696-1227
19                                  Chris@PollockCohen.com

20  Counsel for Plaintiffs African American Tobacco Control Leadership Council, Action on Smoking and
    Health, American Medical Association, and National Medical Association
21

22

23

24

25

26

27

28  STIP. MOT. TO EXTEND DEADLINES AND RESCHEDULE HEARING
    CASE NO. 4:20-CV-4012-KAW

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 19, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      Tim Bryon: tbyron@byronrepheal.com

There are no manual recipients. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 2, 2022            /s/      Sarah Williams
                                              SARAH WILLIAMS