UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AFRICAN AMERICAN TOBACCO CONTROL LEADERSHIP COUNCIL, ACTION ON SMOKING AND HEALTH, AMERICAN MEDICAL ASSOCIATION, and NATIONAL MEDICAL ASSOCIATION, <br><br>Plaintiffs, <br><br>vs. <br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; XAVIER BECERRA, in his official capacity as Secretary of the U.S. Department of Health and Human Services; U.S. FOOD AND DRUG ADMINISTRATION; ROBERT M. CALIFF, in his official capacity as Commissioner of Food and Drugs; CENTER FOR TOBACCO PRODUCTS; BRIAN KING, in his official capacity as the Director of the Center for Tobacco Products, <br><br>Defendants. | Case Number: 4:20-cv-04012-KAW <br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING DEADLINES AND RESCHEDULE HEARING** |

      Upon consideration of the Stipulated Motion to Extend Briefing Deadlines and Reschedule Hearing and for good cause shown,

      IT IS ORDERED that the Stipulated Request is GRANTED. The Defendants' response to Plaintiffs' Motion for Attorney's Fees is due September 27, 2022; Plaintiffs' reply

in support of the motion is due October 10, 2022; and the hearing date on the motion is rescheduled to November 17, 2022, at 1:30 p.m.

Dated: September _____, 2022

_____
KANDIS A. WESTMORE
United States Magistrate Judge

[PROPOSED] ORDER GRANTING STIP. MOT. TO EXTEND DEADLINES AND RESCHEDULE HEARING
Case No.: 4:20-cv-04012-KAW